# RETURN OF SERVICE

| Case:<br>3:24-CV-04647-ZNQ-RLS | Court:<br>UNITED STATES DISTRICT COURT FOR THE<br>DISTRICT OF NEW JERSEY | County:<br>NJ | Job:<br>10903209 (STIER, ESQ v. POSSEBON, ET AL.) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>EDWIN H. STIER, ESQ | | **Defendant / Respondent:**<br>DIEGO POSSEBON, ET AL. | |
| **Received by:**<br>ALMA | | **For:**<br>Calcagni Kanefsky | |
| **To be served upon:**<br>Coinbase, Inc. c/o Corporation Service Company | | | |

I, Adam Golden, declare under penalty of perjury under the laws of the United States of America that the foregoing information is true to the best of my knowledge, information, and belief and do further affirm that I am a competent person over 18 years of age and not a party to the case.

**Recipient Name / Address:** "Jane Doe", 251 Little Falls Drive, Wilmington, DE 19808
**Manner of Service:** Authorized, Apr 22, 2024, 1:26 pm EDT
**Documents:** SUMMONS IN A CIVIL CASE, COMPLAINT, DEMAND FOR A JURY TRIAL (Received Apr 19, 2024 at 4:28pm EDT)

**Additional Comments:**
1) Successful Attempt: Apr 22, 2024, 1:26 pm EDT at 251 Little Falls Drive, Wilmington, DE 19808 received by "Jane Doe". Age: 25; Ethnicity: Caucasian; Gender: Female; Weight: 120; Height: 5'4"; Hair: Brown; Other: Title: Legal Representative;

Left in the presence of "Jane Doe", legal registered agent representative (per agent policy they will no longer provide a name for acceptance). All legal documents must be left in the basket at front desk.

_[signature]_       4-22-24
Adam Golden        Date

ALMA
225 E Redwood Street
Suite 401B
Baltimore, MD 21202
410-317-4477