**JAVERBAUM WURGAFT HICKS**
**KAHN WIKSTROM & SININS, P.C.**
505 Morris Avenue, Suite 200
Springfield, NJ 07081
Telephone: (973) 379-4200
Facsimile: (973) 379-7872
groth@lawjw.com
Attorney: Gary E. Roth, Esq.
Bar No. 019931981
Attorney for Defendant Mack Science, Inc.

| | |
|---|---|
| **EDWIN H. STIER, ESQ.**<br><br>Plaintiff<br><br>v.<br><br>**DIEGO POSSEBON, ET AL.**<br><br>Defendants | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Civil Action No. 3:24-cv-04647-ZNQ-RLS<br><br>**CIVIL ACTION**<br>**STIPULATION EXTENDING TIME**<br>**FOR DEFENDANT MACK SCIENCE,**<br>**INC. TO FILE A RESPONSIVE**<br>**PLEADING** |

It is stipulated and agreed by and between the attorneys for plaintiff Edwin H. Stier, Esq. and the attorneys for defendant Mack Science, Inc. that the time within which defendant Mack Science, Inc. may serve and file a responsive pleading to the Complaint, or otherwise respond, is hereby extended for 30 days to June 6, 2022.

Calcagni & Kanefsky LLP

By: *[signature]*
Eric T. Kanefsky, Esq.
Attorneys for Plaintiff

Javerbaum Wurgaft Hicks Kahn
Wikstrom & Sinins, P.C.

By: *[signature]*
Gary E. Roth, Esq.
Attorney for Defendant Mack Science, Inc.

**SO ORDERED.**

_____

Dated: _____