**Rimon P.C.**
100 Overlook Center, 2nd Floor
Princeton, NJ 08540
(215) 914-3388
Tara Humma, Esq.
David J. Mahoney, Esq. (*pro hac vice application forthcoming*)

*Counsel to Koehler Instrument Co., Inc. (improperly pled as Koehler Instrument)*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

-------------------------------------------------------------------------X

| | |
|---|---|
| EDWIN H. STIER, ESQ., AS WIND DOWN TRUSTEE FOR MLS BERKOWITZ INVESTMENTS, LLC, | |
| Plaintiff, | |
| -against- | Case Number: 3-24-cv-04647-ZNQ-RLS |
| DIEGO POSSEBON; DIEGO POSSEBON-ME, LARISSA CARVALHO POSSEBON; MATHEUS POSSEBON; LUCAS GIACOMOLLI; HITS ENTERTAINMENT INTERNATIONAL LLC; HITS ENTRETENIMIENTO, LTDA; OPUS ASSESSORIA E PROMOCOES ARTISTICAS LTDA, D/B/A OPUS ENTRETENIMENTO; EGR CONCEPTS INC.; MP CAPITAL AND INVESTMENTS LLC; CRISTIAN COSTA DOS SANTOS; C. COSTA DOS SANTOS LTDA; RODRIGO MARTINS DE MELLO; WALTER CORDEIRO NETTO; WALTER CORDEIRO FILHO; DAKAR INDUSTRIADE COMPONENTES INDUSTRIAIS LTDA TW BRASIL LTDA, F/K/A TW DISTRIBUUIDORA DE BEBIDA LTDA; AKUKARGO TRANSPORTES E LOGISTICA E SERVICOS DE ARMAZENAGENS LTDA; BR MULTISERVICOS LTDA.; BANCO MASTER S.A.; BANCO RENDIMENTO S.A.; TREVISO CORRETORA DE CAMBIO S.A.; BANCO BRADESCO S.A. BANCO BTG PACTUAL S.A.; BANCO SAFRA S.A.; ITAU UNIBANCO S.A.; EXPOBRAZ EXPORT IMPORT E AGROPECUARIA LTDA.; FERNANDA ALVES DE SOUZA; EMPIRE STRONG INTERNATIONAL | Civil Action |

BUSINESS INTERMEDIATION LLC, A/K/A STRONG EMPIRE INTERNATIONAL BUSINESS INTERMEDIATION LLC; EMPIRE STRONG INTERNATIONAL BUSINESS INTERMEDIATION ONE LLC; EMPIRE STRONG NEGOCIOS LTDA; TARA GALDINO DA SILVA; METALSUR INDUSTRIA E COMERCIO DE ACOS LTDA.; ANTONIO CARLOS FLORES MENDES; MARCELO DE MESQUITA DUARTE; CESALON - CENTRO DE SERVICOS EM ACOS LONGOS LTDA.; VINICUS OLIVEIRA MENDES; MATHEUS DUTRA SILVA; BELOVIX COMERCIO IMPORTACAO E EXPORTACAO LTDA.; GLOBAL SOLUCOES INTEGRADAS LTDA.; A.P.N. SERVICOS LTDA.; A.RM. DANTAS LTDA.; A.S.R. ASSESSORIA EMPRESARIAL LTDA.; ADRIANO DA SILVA AMORIM; ALEXANDRE SCHUTZ RIBAS; AYALLA MIGUEL DE CARYALHO; CELAVI INVESTIMENTOS E PARTICIPACOES LTDA.; CLOVIS S. AMORIM; DANIEL POSSEBON BARGAS; DK ASSESSORIA E INTERMEDIACA DE NEGOCIOS LTDA.; JOUBERT DONINELI KONRATH; EAGLE MAN COMERCIO DE ARTIGOS DE VESTUARIO LTDA.; EDINEIA PIABA ARAUJO LTDA.; ELVIS HENRIQUE F. SILVA; ENERGISOM SERVICOS E SONORIZACAO LIDA.; FRANCINE POSSEBON; GABRIEL MARIA D. CENTENO J. CESAR JACOBSEN; JULIO CESAR JACOBSEN JACQUELINE FERREIRA SIQUEIRA; JOSE HENRIQUE MAIA GIACOMOLLI LTDA; LAKOCRED CONSULTORIA E SOLUCOES LTDA; LIDIANE LEITE MELO; M.B. ALMEIDA; NEW SEGURA ADMINISTRACAO DE IMOVEIS LTDA d/b/a T & F CONSULTORIA E GESTAO DE IMOVEIS; NILO COUNTRY EMPREENDIMENTOS IMOBILARIOS SPA LTDA; RAYNARA G.S. AMORIM; WHESLEY SOUZ SENA; SCHUTZ ASSESSORIA EMPRESARIAL LTDA; ARTS GESTORA E ADMINISTRADORA; YIWU PRIMULA IMPORT AND EXPORT CO. LTD; YIWU ACRON IMPORT AND EXPORT CO. LTD; REAG USA LLC; ARLEN SOOKIAS; STAR SILVER BY PRINCESS; ASTRONAUTO ENTERPRISE INC.; YIWU ZONGHENG IMPORT AND EXPORT CO.; TOP SILVER; COINBASE INC.; MORNING GLORY EVERGREEN CO. LTD.; FOSHAN WINNER FURNITURE CO. LTD.; WENXHOU FATO MECHANICAL ELECTRICAL; JEANNE RODRIGUES GLOBAL EMPIRE LTD.; MIX ENTERPRISES LLC; NANZO HOLDINGS, INC.; NANZO

LLC; ERIK KAPLAN; BRAZ CENTER SERVICES INC.; BRAZJET EXPRESS INC.; PAULA MARIANA PEREIRA DA SILVA; JEAN DAVIDSON ARAUJO; WAVE TECH CO.; FIDELITY NATIONAL TITLE INSURANCE CO.; MIAMI VENTURES LLC; EXPOBRAZ USA LLC; MDS LOGISTICA; MAERLON DUARTE DE SOUZA; FRANCISCO BONATES; MONIQUE LEVY; GUILHERME RAMAO; SCHUNCK ADVOGADOS; HEBEI JIUYE COOKWARE CO. LTD.; QUICK AUTOPROVIDERS, INC.; NINGBO GENERAL UNION CO. LTD.; GETWELL TRADING LIMITED; YIWU SUN FLOWER IMP AND EXP. CO. LIMITED; HK NAGA IMPORT & EXPORT LIMITED; RITEK CORPORATION; JIAXING EPONT IMPORT & EXPORT CO. LTD.; FFORWARD LLC; ASIA YARN GROUP LIMITED; RAINBOW SILVER CO. LTD.; PLAYFUN GAMES CO. LTD.; SAMMI NS TRADE LIMITED; UNITECH USA-SCIENTIFIC SOLUTIONS; BRAGA EXPORTS INC.; ZHANGHOU DONGRONG MOTOR TECHNOLOGY; AMERICA THAI JOY AS CO. LTD.; MICHAEL PANZERI; KILOMAX INTERNATIONAL LIMITED; HENGSHUI GUANGXING SCREENS CO. LTD.; CHINA BASE NINGBO FOREIGN TRADE; QINGDAO QIXIANG INTERNATIONAL; JINAN JINBAO; LORD KRISHNA OVERSEAS; ZHEJIANG ZHONGYU INDUSTRY; YIWU XIA WEI IMPORT AND EXPORT CO. LTD.; FOSHAN BESTHOUSE CERAMICS CO. LTD.; CHAN SHUN MING; LUCKY GLOBAL IMPORT AND EXPORT CO. LTD.; ELEGANT SILVER JEWELLERY; BETTER SILVER SPA; MOMENT KIWYQA ERP KUYUMCULUK DIS; YUYAO FOREVER STAR SPRAYER; FOSHAN WINCHAIN IMPORT AND EXPORT; K13 SISTEM DANISMANLIK LTD. STI.; C.D.I.S.P.A.; INNOVISION MULTIMEDIA LIMITED; YIWU SHENG COMMODITY PURCHASE; TIANJIN CUTPRINT CNC TECHNOLOGY; NICE MATCH INTERNATIONAL CO. LTD.; YIWU NAJIA IMPORT AND EXPORT CO. LTD.; CHRYSOS SPA; F & B AUTOPECAS E ACESSORIOS PARA; SILVER LAND; PARAG DIAMONDS INC. d/b/a PARAMOUNT; DENVER SPA; UNVIR CO. LIMITED; WEB7 DIGITAL; YIWU PARADISE IMP. AND EXP. CO.; NINGBO JUMSON INTERNATIONAL TRADE; HAINING MINGSHUAI TECHNOLOGY; ANHUI SHENGJIUDING AUTO PARTS CO.; P&P SILVER FACTORY; QINGDAO SHINNING ROAD TYRE CO. LTD.; DREAM

WATCH BR LLC; SHASNXI DURSAFETY MATERIALS CO. LTD.; ZHUJI WEIWEI IMPORT & EXPORT CO. LTD.; LIGO PRODUCT LIMITED; ZHEJIANG LIYA VEHICLE CO. LTD.; XIAMEN HONGJING INUDSTRY & TRADE; NINGBO TOPWIN CO. LTD.; SPK INTERNATIONAL INLIMITED; BUBBLEGUM SHOES, INC.; CONTINENTAL ADVANTAGE SERVIVES, INC.; MACK SCIENCE INC.; LINGLONG TYRE CO. LTD.; HEFEI DAYU FITNESS; SHANGHAI NAR INDUSTRIAL CO. LTD.; XIAMEN CAREFUL IMP. AND EXP. CO. LTD.; CHI LONG ELECTRONIC CO. LIMITED; NINGBO JIN MAO IMPORT AND EXPORT CO.; CHANGZHOU NANTAI GAS SPRING CO. LTD.; WENLING JIAFENG MACHINERY CO. LTD.; SHAOXING KEQIAO; ZHUZHOU OBT CARBIDE TOOLS CO. LTD.; NINGBO DINGJA AUTO PARTS; HUI SHENG SILVER JEWELRY CO. LTD.; L&D FLORIDA INVESTMENTS CORP.; CHANG YUK KING; BEACH HOUSE & CONDOMINIUM; CORSAIR MEMORY INC.; BRIGHT CELCOM WHOLESALE LLC; ALBEMO TRADING AND FINACNE UK LTD.; ELITE ELECTRIC APPLIANCE MANUFACTURE; AIR PLUS POWER CORPORATION; XIAMEN SUNROY IMPORT AND EXPORT; UP AND EIGHT CORP.; NINGBO FREE TRADE ZONE YOUNGCOM INT.; TAIZHOU KELEHSE INDUSTRY CO. LTD.; WENZHOUZHONGLONG TRADING CO. LTD.; INTCO; 1ST SPORTS CORP.; "John Does" 1-10 (names fictitious); and "ABC Companies" 1-10 (names fictitious),

Defendants.


## CORPORATE DISCLOSURE STATEMENT

Defendant Koehler Instrument Co., Inc., ("Koehler") improperly pled as Koehler Instrument, through undersigned counsel, and in accordance with Rule 7.1 of the Federal Rules of Civil Procedure, states that Koehler does not have any parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: June 14, 2024

**Rimon P.C.**
*Counsel to Koehler Instrument Co., Inc., improperly pled as Koehler Instrument*

By: /s Tara L. Humma
Tara Humma, Esq.
David J. Mahoney, Esq. (*pro hac vice application forthcoming*)
100 Overlook Center, 2nd Floor
Princeton, New Jersey 08540
(215) 914-3388
Tara.Humma@RimonLaw.com