

# FLORIDA DEPARTMENT OF STATE
Division of Corporations

May 31, 2024

DANIEL M. STOLZ, ESQ
440 BROAD STREET,
NEWARK, New Jersey, 07102

Pursuant to Chapter 48.062,48.101 Florida Statutes, substitute service of process was accepted for HITS ENTERTAINMENT INTERNATIONAL LLC in case number 3:24-CV-04647-ZNQ-RLS and was filed on May 29, 2024 at 4:00 PM.

   Plaintiff(s)
   EDWIN H. STIER, ESQ
   v.
   Defendant(s)
   DIEGO POSSEBON, ET AL.

The Secretary of State does not forward documentation to the defendant. All inquiries on behalf of this defendant should be made to the attorneys involved.

Frederica F. McCloud
Processor of Service

Division of Corporations
P.O. Box 6327, Tallahassee, Florida 32314

---

Letter No. 240531033SOP.03