# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWIN H. STIER, ESQ., AS WIND DOWN TRUSTEE FOR MLS BERKOWITZ INVESTMENTS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>DIEGO POSSEBON, *et al.*<br><br>*Defendants*. | Case No. 3:24-cv-04647-GC-RLS<br><br><br>**REQUEST FOR ENTRY OF DEFAULT** |

To the Clerk of the Court:

Please enter a Default with respect to Defendant Erik Kaplan, pursuant to F.R.C.P. 55(a) for failure to answer or otherwise plead in the above-captioned matter. An executed waiver of service for this Defendant is attached hereto as Exhibit A.

                    Respectfully submitted,

                    **CALCAGNI & KANEFSKY, LLP**

By:    */s/ Eric T. Kanefsky*
        ERIC T. KANEFSKY, ESQ.
        One Newark Center
        1085 Raymond Blvd., 14th Floor
        Newark, New Jersey 07102
        (862) 397-1796
        eric@ck-litigation.com

        *Attorneys for Plaintiff*

Dated: September 6, 2024

# EXHIBIT A

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

Edwin H. Stier, Esq.
*Plaintiff*
v.
Diego Possebon, et al.
*Defendant*

Civil Action No. 3:24-CV-04647

## WAIVER OF THE SERVICE OF SUMMONS

To: Eric T. Kanefsky, Esq.
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 04/09/2024, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 04/10/2024

*Signature of the attorney or unrepresented party*

Erik Kaplan
*Printed name of party waiving service of summons*

Joe M. Grant, Esquire
*Printed name*

197 South Federal Highway
Suite 200
Boca Raton, FL 33432
*Address*

jgrant@loriumlaw.com
*E-mail address*

(561) 361-1000
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing Request for Entry of Default to be served upon the following by United States First Class Mail on the date indicated below:

Erik Kaplan
c/o Joe M. Grant, Esq.
Lorium Law
197 S. Federal Highway, Suite 200
Boca Raton, FL 33432

*/s/ Philip J. Morrow*
Philip J. Morrow

Dated: September 6, 2024