# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWIN H. STIER, ESQ., AS WIND DOWN TRUSTEE FOR MLS BERKOWITZ INVESTMENTS, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>OPUS ASSESSORIA E PROMOCOES ARTISTICAS LTDA. D/B/A OPUS ENTRETENIMENTO, et al.<br><br>   Defendant. | Case No. 3:24-cv-04647-ZNQ-RLS<br><br>[PROPOSED] ORDER ADMITTING ALEXANDER BEDROSYAN *PRO HAC VICE* |

THIS MATTER having been opened to the Court upon the motion of Elizabeth M. Velez, attorney for Defendant OPUS ENTRETENIMENTO, the declaration of Elizabeth M. Velez as sponsoring attorney, and the declaration of Alexander Bedrosyan in support;

IT IS on this 13th day of Sept 2024 HEREBY ORDERED that:

1. Alexander Bedrosyan is admitted to appear *pro hac vice* as counsel for Defendant OPUS ENTRETENIMENTO in the above-captioned case in the District Court of New Jersey for all purposes on behalf of Defendant; and

2. That all pleadings, briefs, and other papers filed with the Court on behalf of Defendant shall be signed by Elizabeth M. Velez, who is a member in good standing of the Bar of this Court, who shall be responsible for said papers, unless the rules or the Court provides otherwise, and who shall be present in Court during all phases of these proceedings, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorney admitted hereby; and

3. That Alexander Bedrosyan shall remit to the New Jersey Lawyers' Fund for Client Protection the annual payment required in accordance with New Jersey Court Rule 1:28-2(a) for each calendar year this matter is pending; and

4. That Alexander Bedrosyan shall send ~~$150.00~~ $250.00 to the Clerk, United States District Court for the District of New Jersey, for admission *pro hac vice* in accordance with Local Civil Rule 101.1(c)(3); and [RLS]

5. That Alexander Bedrosyan shall be bound by the Rules of the United States District Court for the District of New Jersey, including all disciplinary rules, and to notify the Court immediately of any matter affecting his standing at the bar of any other court; and

6. ~~That the Clerk of the Court shall forward a copy of this Order to the Treasurer of the New Jersey Lawyers' Fund for Client Protection; and~~ [RLS]

7. That the Clerk is hereby directed to TERMINATE the motion pending at Docket Entry No. 215.

SO ORDERED

_____
Hon. RUKHSANAH L. SINGH, USMJ