UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

EDWIN H. STIER, ESQ., AS WIND DOWN TRUSTEE FOR MLS BERKOWITZ INVESTMENTS, LLC,
    Plaintiff(s),

v.

OPUS ASSESSORIA E PROMOCOES ARTISTICAS LTDA. D/B/A OPUS ENTRETENIMENTO, et al.
    Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No. 3:24-cv-04647-GC-RLS

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

/s/ Elizabeth M. Velez
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Adam S. Kaufmann

Address: Lewis Baach Kaufmann Middlemiss, PLLC
10 Grand Central
155 E. 44th Street, 25th Floor
New York, NY 10017

(212) 826-7146

E-mail: Adam.Kaufmann@LBKMLAW.com

(One email address only)

DNJ-CMECF-002