Elizabeth M. Velez
(NJ Bar No. 093922013)
LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
10 Grand Central
155 E. 44th Street, 25th Floor
New York, New York 10017
Tel: (212) 826-7001
Fax: (212) 826-7146
Elizabeth.Velez@lbkmlaw.com
*Attorneys for Defendant*
OPUS ENTRETENIMENTO

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWIN H. STIER, ESQ., AS WIND DOWN TRUSTEE FOR MLS BERKOWITZ INVESTMENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>OPUS ASSESSORIA E PROMOCOES ARTISTICAS LTDA. D/B/A OPUS ENTRETENIMENTO, et al.<br><br>Defendants. | Case No. 3:24-cv-04647-GC-RLS |

## CORPORATE DISCLOSURE STATEMENT

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Defendant OPUS ASSESSORIA E PROMOCOES ARTISITCAS LTDA. D/B/A OPUS ENTRETENIMENTO (Opus), in accordance with Rule 7.1 of the Federal Rules of Civil Procedure, hereby identifies its parent corporation as K&Z Administração e Participações Ltda, which owns 99.9996% of its shares. K&Z Administração e Participações Ltda is not a publicly held corporation.

Dated: New York, New York
September 30, 2024

                                                         LEWIS BAACH KAUFMANN
                                                         MIDDLEMISS PLLC

By: _____
Elizabeth Velez, Esq.
*Attorneys for Defendant*
OPUS ENTRETENIMENTO
10 Grand Central
155 East 44th Street, 25th Floor
New York, New York 10017
Tel: (212) 826-7001
E-Mail: elizabeth.velez@lbkmlaw.com

To:    All Counsel of Record (via ECF)