

Eric T. Kanefsky, Senior Partner
862.772.8149   eric@ck-litigation.com

October 4, 2024

**VIA ECF**
Honorable Georgette Castner
United States District Judge
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, N.J. 08608

      Re:    ***Edwin H. Stier, Esq., as Wind Down Trustee for MLS Berkowitz Investments, LLC v. Diego Possebon, et al.*, Case No. 3:24-cv-04647-GC-RLS**
              **Request for Extension of Time to Respond to Pre-Motion Letter (ECF No. 239)**

Dear Judge Castner:

      This law firm is co-counsel to the Plaintiff in the above-referenced case. On September 30, 2024, Defendant Opus Entretenimento ("Opus") filed a letter requesting a pre-motion conference concerning Opus's anticipated motion to dismiss. *See* (ECF No. 239). Under Your Honor's Judicial Preferences concerning Motions, Plaintiff's response to Opus's letter would be due on October 7, 2024. We write respectfully to request an extension of time until October 9, 2024, to respond to Opus's letter. Opus's counsel has graciously consented to Plaintiff's extension request.

      We thank the Court for its attention to this matter.

                              Respectfully submitted,

                              Eric T. Kanefsky, Esq., Senior Partner
                              Calcagni & Kanefsky LLP

cc (via ECF):  all counsel of record

ck-litigation.com   862.397.1796   862.902.5458

One Newark Center
1085 Raymond Blvd., 14th Floor
Newark, NJ 07102
*Preferred Mailing Address*

85 Broad Street
Suite 17031
New York, NY 10004