**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EDWIN H. STIER, ESQ., AS WIND DOWN TRUSTEE FOR MLS BERKOWITZ INVESTMENTS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>DIEGO POSSEBON, et al.,<br><br>Defendants. | CASE NO. 3:24-CV-04647-ZNQ-RLS<br><br>**STIPULATION AND ORDER** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Calcagni & Kanefsky, LLP, counsel for Plaintiff Edwin H. Stier, Esq., as Wind Down Trustee for MLS Berkowitz Investments, LLC, and Archer & Greiner, P.C., counsel for Defendant Parag Diamonds Inc. d/b/a Paramount ("Paramount"), that the time within which Paramount may file, move or otherwise respond to Plaintiff's Complaint shall be extended from October 16, 2024 to November 6, 2024.

**IT IS HEREBY FURTHER STIPULATED AND AGREED THAT** this Stipulation may be executed in one or more counterparts, each of which will be deemed an original, but all of which will be deemed one instrument, and that facsimile or electronic transmitted signatures shall be deemed to be originals.

| | |
|---|---|
| **CALCAGNI & KANEFSKY, LLP** | **ARCHER & GREINER, P.C.** |
| By: <u>Philip Morrow</u><br>    Calcagni & Kanefsky, LLP<br>    1085 Raymond Boulevard, 14th Floor<br>    Newark, NJ 07102<br>    862-397-1796<br>    philipmorrow@ck-litigation.com<br>    Attorneys for Plaintiff | By: <u>Michael J. Lauricella</u><br>    Archer & Greiner, P.C.<br>    21 Main Street – Suite 353<br>    Hackensack, New Jersey 07601<br>    201-342-6000<br>    mlauricella@archerlaw.com<br>    Attorneys for Defendant |
| Dated:  October 14, 2024 | Dated: October 14, 2024 |
| | **SO ORDERED**:<br><br>_____<br>Hon. Rukhsanah L. Singh, USMJ |

Dated: _____, 2024