UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWIN H. STIER, ESQ., AS WIND DOWN TRUSTEE FOR MLS BERKOWITZ INVESTMENTS, LLC,<br><br> *Plaintiff*,<br><br>v.<br><br>DIEGO POSSEBON, *et al.*<br><br> *Defendants*. | Case No. 3:24-cv-04647-GC-RLS<br><br>**(SO-ORDERED)**<br>**STIPULATION** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for Plaintiff, Edwin H. Stier, Esq., as the Wind-Down Trustee for MLS Berkowitz Investments, LLC (the "Trustee"), and the attorneys for Defendant Coinbase, Inc. ("Coinbase," and, with the Trustee, the "Parties"), subject to the approval of the Court, that, in light of ongoing settlement discussions between the Parties and Coinbase's agreement to provide certain information to the Trustee:

 (i) all litigation activities between the Parties, including the filing of any new motions or pleadings, will be stayed for a period of 90 days from the date on which counsel for the Parties execute this Stipulation (the "Standstill");

 (ii) all current deadlines between the Trustee and Coinbase are tolled during the Standstill;

 (iii) all prior motions and objections served by Coinbase, and all of the Trustee's rights, claims, and defenses to all prior motions and objections are expressly preserved, as are all rights of the Parties;

(iv) Upon completion of Coinbase's provision of information to the Trustee pursuant to the agreed parameters, the Parties will meet and confer to address any remaining issues, including the potential settlement of the claims against Coinbase;

(v) Within five business days after the expiration of the Standstill, the Parties will update the Court as to the potential resolution of the Trustee's claims against Coinbase; and

(vi) This Stipulation applies solely to the Trustee's claims against Coinbase and does not affect any other parties in this case.

Dated: October 21, 2024

Calcagni & Kanefsky, LLP

By: /s/ *Eric T. Kanefsky*
Eric T. Kanefsky, Esq.
*Attorney for the Trustee*

Sheppard, Mullin, Richter & Hampton LLP

By: /s/ *Sophia L. Cahill*
Sophia L. Cahill, Esq.
Amanda L. Cottrell, Esq. (*pro hac vice*)
*Attorneys for Defendant Coinbase, Inc.*

**SO ORDERED:**

_____
Hon. Rukhsanah L. Singh, USMJ

Dated: _____, 2024