UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWIN H. STIER, ESQ., AS WIND DOWN TRUSTEE FOR MLS BERKOWITZ INVESTMENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DIEGO POSSEBON, et al.,<br><br>Defendants. | Civil Action. No. 3:24-cv-04647-GC-RLS<br><br>**CONSENT ORDER EXTENDING THE TIME FOR DEFENDANT BEACH HOUSE 8 CONDOMINIUM ASSOCIATION, INC. TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for Plaintiff Edwin H. Stier, Esq., as Wind Down Trustee for MLS Berkowitz Investments, LLC and attorneys for defendant, Beach House 8 Condominium Association, Inc., improperly pled as Beach House & Condominium, that the time within which defendant Beach House 8 Condominium Association, Inc. must answer or otherwise appear in this action, be and hereby is extended to November 13, 2024.

_____
Hon. Rukhsanah L. Singh, U.S.M.J.

| | |
|---|---|
| */s/ Philip Morrow*<br>Philip Morrow, Esq.<br>Calcagni & Kanefsky LLP<br>1085 Raymond Boulevard, 14th Floor<br>Newark, NJ 07102<br>(862) 397-1796<br>*Attorneys for Plaintiff*<br><br>Dated: October 30, 2024 | *[signature: Catelyn Stark]*<br>Catelyn Stark, Esq.<br>Becker New York, P.C.<br>*A professional corporation incorporated in the State of New York*<br>1776 On the Green<br>67 E. Park Place, Suite 800<br>Morristown, NJ 07960<br>(973) 898-6502<br>*Attorneys for Defendant Beach House 8 Condominium Association, Inc.*<br><br>Dated: October 28, 2024 |