

3 Executive Campus
Suite 350
Cherry Hill, NJ 08002-4127

Tel: 856.406.1278

www.fmglaw.com

**ARIELLE E. KATZ**
Associate

D: 856.406.1278
C: 856.281.4894

Arielle.Katz@fmglaw.com

January 10, 2025

<u>*Via e-filing*</u>

Hon. Rukhsanah L. Singh
United States Magistrate Judge for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse, Courtroom 7W
402 East State Street
Trenton, New Jersey 08608

      Re:    Edwin H. Steir, Esq. v. Beach House 8, et al.
                Docket No. 3:24-cv-04647-GC-RLS

Dear Your Honor,

This Office represents Defendant Beach House 8 Condominium Association, Inc. (the "Association") in the above-captioned matter.

On December 12, 2024, the Association submitted a letter, pursuant to Judge Castner's judicial preferences, requesting a pre-motion conference concerning the Association's proposed Motion to Dismiss the Complaint. (Doc 314). Plaintiff filed his letter in opposition on December 19, 2024 (Doc 326). Due to the changing of judges to Your Honor, the Association is unclear if these documents have been viewed.

Please allow this letter to serve as the Association's request to hold a pre-trial conference concerning its Motion to Dismiss, or in the alternative, granting the Association's request to file its proposed Motion to Dismiss.

Please do not hesitate to contact me with any questions or concerns.

                                                      Respectfully Submitted,

                                                       <u>*/s/ Arielle E. Katz*</u>
                                                       Arielle E. Katz

cc:    all counsel of record *via* e-filing