## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWIN H. STIER, ESQ., AS WIND DOWN TRUSTEE FOR MLS BERKOWITZ INVESTMENTS, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> DIEGO POSSEBON, *et al.* <br><br> *Defendants*. | Case No. 3:24-cv-04647 |

### NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT UP AND EIGHT CORP.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Edwin H. Stier, Esq., as Wind Down Trustee for MLS Berkowitz Investments, LLC, hereby gives notice that his claims in the above-captioned action against Defendant Up and Eight Corp. are voluntarily dismissed, with prejudice.

Respectfully submitted,

**CALCAGNI & KANEFSKY, LLP**

By:    */s/ Eric T. Kanefsky*
        ERIC T. KANEFSKY, ESQ.
        One Newark Center
        1085 Raymond Blvd., 14th Floor
        Newark, New Jersey 07102
        (862) 397-1796
        eric@ck-litigation.com

        *Attorneys for Plaintiff*

Dated: January 13, 2025

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused a true and correct copy of the foregoing Notice of Dismissal

to be served upon all counsel of record via the Court's CM/ECF electronic filing system.


*/s/ Philip J. Morrow*
Philip J. Morrow


Dated:  January 13, 2025