

**Cathy Fleming**
201-518-7907
Cathy.Fleming@offitkurman.com

February 14, 2025

VIA ECF
The Hon. Rukhsanah L. Singh
U.S. Magistrate Judge
402 East State Street
Trenton, NJ 08608

      Re:    Edwin Stier, Esq., v. Possebon et al.
               Civil Action No. 24-cv-4647-(RK) (RLS)

Dear Judge Singh:

    This letter is in response to the Court's January 30, 2025 case management order (Doc. 347), with apologies for being a day late. Your Honor asked defense counsel to meet and confer and advise the Court if anyone would like to serve as liaison counsel for Defendant.

    A significant number of defense counsel who have appeared have been conferring via email over the past several days. Unfortunately, no one has indicated the ability or willingness to volunteer to serve as defense liaison. Accordingly, defense counsel do not have an agreement as to who should serve as liaison counsel.

    Please be assured that defense counsel did confer in good faith.

                         Respectfully submitted,

                         **OFFIT KURMAN, P.A.**

                         By:  */s/ Cathy Fleming*

                              Cathy Fleming