## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWIN H. STIER, ESQ., AS WIND DOWN TRUSTEE FOR MLS BERKOWITZ INVESTMENTS, LLC,<br><br>   *Plaintiff,*<br><br>v.<br><br>DIEGO POSSEBON, *et al.*<br><br>   *Defendants.* | Case No. 3:24-cv-04647-RK-RLS |

## <u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN IDENTIFIED DEFENDANTS</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Edwin H. Stier, Esq., as Wind Down Trustee for MLS Berkowitz Investments, LLC, hereby gives notice that his claims in the above-captioned action against the following defendants are voluntarily dismissed, without prejudice:

- 1st Sports Corp.

- Air Plus Power Corporation

- Anhui Shengjiuding Auto Parts. Co.

- Arts Gestora e Administradora

- Ayalla Miguel De Carvalho

- Banco Bradesco S.A.

- Banco BTG Pactual S.A.

- Banco Master S.A.

- Banco Rendimento S.A.

- Banco Safra S.A.

- BR Multiservicos Ltda.

- Chan Shun Ming

- Chang Yuk King

- Changzhou Nantai Gas Spring Co. Ltd.

- Chi Long Electronic Co. Ltd.

- China Base Ningbo Foreign Trade

- Clovis S. Amorim

- Denver SpA

- Eagle Man Comercio de Artigos de Vestuario Ltda.

- Elegant Silver Jewellery

- Elite Electric Appliance Manufacture

- Elvis Henrique F. Silva

- Foshan Besthouse Ceramics Co. Ltd.

- Foshan Winchain Import and Export

- Foshan Winner Furniture Co. Ltd.

- Gabriel Maria D. Centeno

- Haining Mingshuai Technology

- Hebei Jiuye Cookware Co., Ltd.

- Hefei Dayu Fitness

- Hengshui Guangxing Screens Co. Ltd.

- INTCO

- Itau Unibanco S.A.

- Jacqueline Ferreira Siqueira

- Jiaxing Epont Import & Export Co. Ltd.

- Jinan Jinbao

- K13 Sistem Danismanlik Ltd.

- Kilomax International Limited

- Linglong Tyre Co. Ltd.

- Lord Krishna Overseas

- Michael Panzeri

- Moment Kiwyqa Erp Kuyumculuk Dis.

- Nice Match International Co. Ltd.

- Ningbo Dingjia Auto Parts

- Ningbo Free Trade Zone Youngcom Int.

- Ningbo General Union Co. Ltd.

- Ningbo Jin Mao Import and Export Co.

- Ningbo Jumson International Trade

- Ningbo Towpin Co. Ltd.

- P&P Silver Factory

- Playfun Games Co. Ltd.

- Qingdao Qixiang International

- Qingdao Shining Road Tyre Co. Ltd.

- Rainbow Silver Co. Ltd.

- Ritek Corporation

- Shanghai Nar Industrial Co. Ltd.

- Shaoxing Keqiao
- Shasnxi Dursafety Materials Co. Ltd.
- SPK International Inlimited
- Taizhou Kele Hse Industry Co. Ltd.
- Tianjin Cutprint CNC Technology
- Treviso Corretora de Cambio S.A.
- Unvir Co. Limited
- Web7 Digital
- Wenling Jiafeng Machinery Co. Ltd.
- Wenzhou Fato Mechanical Electrical
- Wenzhouzhonglong Trading Co. Ltd.
- Whesley Souza Sena
- Xiamen Careful Imp. and Exp. Co. Ltd.
- Xiamen Hongjing Industry & Trade
- Xiamen Sunroy Import and Export
- Yiwu Acorn Import and Export Co. Ltd.
- Yiwu Lotus Imp. and Exp. Co. Limited
- Yiwu Najia Import and Export Co. Ltd.
- Yiwu Paradise Imp. and Exp. Co. Limited
- Yiwu Primula Import and Export Co. Ltd.
- Yiwu Sheng Commodity Purchase
- Yiwu Sun Flower Imp. and Exp. Co.
- Yiwu Sunting International Trade Co. Ltd.

- Yiwu Xiawei Import and Export Co. Ltd.

- Yiwu Zongheng Import and Export Co.

- Yuyao Forever Star Sprayer

- Zhangzhou Dongrong Motor Technology

- Zhejiang Liya Vehicle Co. Ltd.

- Zhejiang Zhongyu Industry

- Zhuji Weiwei Import & Export Co. Ltd.

- Zhuzhou OBT Carbide Tools Co. Ltd.

Respectfully submitted,

**CALCAGNI & KANEFSKY, LLP**

By:    */s/ Eric T. Kanefsky*
       ERIC T. KANEFSKY, ESQ.
       One Newark Center
       1085 Raymond Blvd., 14th Floor
       Newark, New Jersey 07102
       (862) 397-1796
       eric@ck-litigation.com

       *Attorneys for Plaintiff*

Dated: March 10, 2025

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date:** 3/11/25

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused a true and correct copy of the foregoing Notice of Dismissal to be served upon all counsel of record via the Court's CM/ECF electronic filing system.

*/s/ Philip J. Morrow*
Philip J. Morrow

Dated: March 10, 2025