# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWIN H. STIER, ESQ., *As Wind Down Trustee for MLS BERKOWITZ INVESTMENTS, LLC*,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DIEGO POSSEBON, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 3:24-cv-04647-RK-RLS<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT BETTER SILVER S.P.A. TO ANSWER OR RESPOND TO COMPLAINT** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Calcagni & Kanefsky, LLP, counsel for plaintiff, Edwin H. Stier, Esq., as Wind Down Trustee for MLS Berkowitz Investments, LLC ("*Plaintiff*"), and Cole Schotz P.C., local counsel for defendant, Better Silver S.p.A. ("*Better Silver*"), that the time within which Better Silver may file an answer or otherwise respond to Plaintiff's Complaint [Dkt. Nos. 1 & 7] shall be extended until April 15, 2025. The parties acknowledge that this is Better Silver's first extension of time to respond to the Complaint, and Plaintiff's position is that Better Silver was properly served on January 22, 2025 [Dkt. No. 358]; and it is further

　　　　STIPULATED AND AGREED that by entering this stipulation, Plaintiff consents to this extension of time and Better Silver does not waive any defenses by statute or common law, including, without limitation, objections to jurisdiction, all of which are expressly reserved, and by seeking this extension of time Better Silver does not consent (explicitly or implicitly) to the jurisdiction of this Court; and it is further

　　　　STIPULATED AND AGREED that this stipulation may be executed in one or more counterparts, each of which will be deemed an original, but all of which will be deemed one

instrument, and that facsimile or electronically transmitted signatures shall be deemed to be originals.

| | |
|---|---|
| **CALCAGNI & KANEFSKY, LLP**<br>*Attorneys for Plaintiff* | **COLE SCHOTZ P.C.**<br>*Attorneys for Defendant Better Silver S.p.A.* |
| By: */s/ Philip Morrow*<br>    Eric T. Kanefsky, Esq.<br>    Philip Morrow, Esq.<br>    One Newark Center<br>    1085 Raymond Blvd., 18th Floor<br>    Newark, New Jersey 07102<br>    T: (862) 397-1796<br>    E: Eric@ck-litigation.com | By: */s/ Elizabeth A. Carbone*<br>    Elizabeth A. Carbone<br>    25 Main Street<br>    Hackensack, New Jersey 07601<br>    T: (201) 525-6299<br>    E: ecarbone@coleschotz.com |
| Dated: March 17, 2025 | Dated: March 17, 2025 |

**SO ORDERED:**

_____
**HON. RUKHSANAH L. SINGH**

Dated: _____, 2025