

31314003   08099.006256/2024-76



**República Federativa do Brasil**
Ministério da Justiça e Segurança Pública
Secretaria Nacional de Justiça
Departamento de Recuperação de Ativos e Cooperação Jurídica Internacional
Coordenação-Geral de Cooperação Jurídica Internacional

OFÍCIO Nº 31314003/2025/CGCI/DRCI/SENAJUS-MJ

To Calcagni Kanefsky, LLP

1085 Raymond Boulevard

14th Floor, Newark, New Jersey 07102

EUA

**Assunto:** Cooperação Jurídica Internacional EUA/Brasil
**Registro MJ**: 08099.006256/2024-76
**Registro SG-DRCI:** 2024/03791
**Diligência**: Citação de J. Cesar Jacobsen
**Processo Original**: 3:24–CV–04647–ZNQ–RLS

Prezados(as) Senhores(as), / ***Dear Sir or Madam,***

1.   Enviamos, a seguir, um certificado relativo ao pedido de cooperação jurídica internacional relacionado ao processo em epígrafe. / ***We hereby send, below, a certificate regarding the request for legal assistance related to the above-captioned case.***

2.   Se este documento está sendo enviado em meio físico, o pedido original também faz parte da documentação anexa. / ***If this document is being***

*sent in paper, the original request is also a part of the attached documentation.*

3.        A assinatura digital que consta do certificado funciona também como assinatura desta comunicação. / *The digital signature on the certificate functions as the signature for this letter as well.*

4.        Colocamo-nos à disposição para quaisquer esclarecimentos que se fizerem necessários. / *Please feel free to contact us should you need any clarification.*

| CERTIFICADO |
|---|
| CERTIFICATE |
| ATTESTATION |

**De acordo com o artigo 6º da Convenção, a autoridade abaixo assinada tem a honra de atestar,**

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,

L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. Que a citação, intimação ou notificação ocorreu***

that the document has been served*

que la demande a été exécutée*

| | |
|---|---|
| • **Em (data)** / the (date) / le (date): | 09/04/2025 |
| • **Em (local, rua, número):** at (place, street, number): à (localité, rue, numéro) : | Citação por telefone |

- **Numa das seguintes formas autorizadas pelo Artigo 5º:**

  in one of the following methods authorised by Article 5:
  dans une des formes suivantes prévues à l'article 5 :

|   |   |
|---|---|
| ☐ | *a)* **Conforme previsto na alínea "a" do primeiro parágrafo do Artigo 5º da Convenção***<br><br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br><br>selon les formes légales (article 5, alinéa premier, lettre *a*))* |

**Os documentos mencionados na solicitação foram entregues a:**

The documents referred to in the request have been delivered to:

Les documents mentionnés dans la demande ont été remis à:

|   |   |
|---|---|
| **Identificação e descrição da pessoa:**<br><br>Identity and description of person:<br><br>Identité et qualité de la personne : | Julio Cesar Jacobsen |
| **Relacionamento com o destinatário (parente, colega de trabalho ou outro):**<br><br>Relationship to the addressee (family, business or other):<br><br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | Representante Legal |

☐ ~~2. Que a citação, intimação ou notificação não ocorreu, pelos~~

~~seguintes motivos*:~~

~~that the document has not been served, by reason of the following facts*:~~
~~que la demande n'a pas été exécutée, en raison des faits suivants*:~~

| | |
|---|---|
| **Feito em** /Done at / Fait à<br><br>BRASÍLIA/DF<br><br>**Em** / The / le<br><br>11/04/2025 | **Assinatura e/ou Carimbo**<br><br>Signature and/or stamp<br><br>Signature et / ou cachet<br><br>**ASSINATURA DIGITAL ABAIXO (AUTORIDADE CENTRAL)**<br><br>***DIGITAL SIGNATURE BELOW (CENTRAL AUTHORITY)***<br><br>***SIGNATURE NUMÉRIQUE CI-DESSOUS (AUTORITÉ CENTRALE)***|



Documento assinado eletronicamente por **Débora Oliveira Pollo**, **Chefe da Divisão de Processamento de Pedidos de Coop. Jurídica Internacional em Matéria Civil**, em 13/04/2025, às 22:51, com fundamento no § 3º do art. 4º do Decreto nº 10.543, de 13 de novembro de 2020.



A autenticidade do documento pode ser conferida no site http://sei.autentica.mj.gov.br informando o código verificador **31314003** e o código CRC **F573E557**

 O documento pode ser acompanhado pelo site http://sei.consulta.mj.gov.br/ e tem validade de prova de registro de protocolo no Ministério da Justiça e Segurança Pública.

Documento firmado electrónicamente, conforme al § 1º del art. 6 y art. 10 del Decreto nº 8.539 / 2015.

Document signed electronically, according to § 1 of art. 6th and art. 10 of Decree 8.539 / 2015.

---

**Referência:** Caso responda este Ofício, indicar expressamente o nº 31314003

SEI nº 08099.006256/2024-76

Esplanada dos Ministérios, Bloco T, Anexo II, 3º Andar, Sala 324 - Brasília/DF - CEP 70064-900
Telefone: (61) 2025-8919 - https://www.justica.gov.br
E-mail: cooperacaocivil@mj.gov.br