

**ERIC T. KANEFSKY** PARTNER

📞 862.772.8149   ✉ eric@ck-litigation.com   🌐 ck-litigation.com

September 9, 2025

**VIA ECF**
Honorable Justin T. Quinn
United States Magistrate Judge
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

     Re: *Edwin H. Stier, Esq. as Wind Down Trustee for MLS Berkowitz Investments, LLC v. Diego Possebon, et al.*, No. 3:24-cv-04647-RK-JTQ

Dear Judge Quinn:

  This firm is co-counsel for Plaintiff, Edwin H. Stier, Esq. as Wind Down Truste for MLS Berkowitz Investments, LLC ("Plaintiff" or the "Trustee"). On May 30, 2025, the Court issued a Text Order (ECF No. 397), directing the Plaintiff to file a letter identifying the status of each Defendant named in the Complaint, and, in particular, "which Defendants (1) have been dismissed; (2) have answered; (3) are in default; (4) have filed motions (and include the type of motion and whether it is fully briefed); and (5) have not yet answered and are not currently in default (if any)." On June 13, 2025, Plaintiff filed a letter with the Court identifying the status of each Defendant named in the Complaint. *See* (ECF No. 400) (the "Status Letter").

  We write now in response to Your Honor's July 24, 2025 Letter Order directing the Plaintiff to file a letter "updating the Court on the status of all outstanding service issues." *See* (ECF No. 412) (the "Letter Order"). To provide that information, we have included the below chart identifying the service status of any Defendant remaining in the case who, according to the information available to Plaintiff's counsel, has not yet been served with process. In addition, the chart also updates the Court as to developments with respect to Defendants who had not been served when Plaintiff filed the Status Letter. As the chart reflects, Plaintiff has, per the Letter Order, (a) filed the proofs of service currently available to Plaintiff, and (b) sought Clerk's entries of default for Defendants who have been served but have not timely responded to the Complaint.

| Defendant | Country | Status |
|---|---|---|
| ADRIANO DA SILVA AMORIM | Brazil | The Trustee's agents in Brazil are engaged in ongoing investigative efforts to locate this defendant to facilitate service of process by the Brazilian Central Authority. |
| ALTAVISTA ROMÃO SOCIEDADE INDIVIDUAL DE ADVOCACIA | Brazil | The Trustee's Brazilian counsel sent a formal service request for this defendant |

| | | |
|---|---|---|
| F/K/A SCHUNCK ADVOGADOS | | to Brazil's Central Authority on September 10, 2024.  *See* (ECF No. 218).  According to the Trustee's Brazilian counsel, defendant has received a copy of the letter rogatory from the Central Authority without objection, and counsel is waiting for the Brazilian courts to complete service. |
| AMERICA THAI JOYAS CO. LTD. | Thailand | Defendant was served pursuant to Rule 4(f)(2)(A) on April 1, 2025.  *See* (ECF No. 437).  On September 9, 2025, the Trustee requested that the Clerk enter default against this defendant.  *See* (ECF No. 449). |
| ANTONIO CARLOS FLORES MENDES | Brazil | The Trustee's Brazilian counsel sent a formal service request for this defendant to Brazil's Central Authority on June 21, 2024.  *See* (ECF No. 218).  According to the Trustee's Brazilian counsel, defendant has received a copy of the letter rogatory from the Central Authority without objection, and counsel is waiting for the Brazilian courts to issue the document to confirm completion of service. |
| A.P.N. SERVICOS LTDA. | Brazil | The Trustee's Brazilian counsel sent a formal service request for this defendant to Brazil's Central Authority on June 21, 2024.  *See* (ECF No. 218).  According to the Trustee's Brazilian counsel, the defendant has appealed after the Brazilian Superior Court of Justice granted the *exequatar* requested by the Trustee and ruled that service was completed. |
| A.R.M. DANTAS LTDA. | Brazil | The Trustee's Brazilian counsel sent a formal service request for this defendant to Brazil's Central Authority on June 21, 2024.  *See* (ECF No. 218).  The Trustee's Brazilian counsel is waiting for the federal court in Brazil to complete service of process on defendant. |
| BELOVIX COMERCIO IMPORTACAO E EXPORTACAO LTDA. | Brazil | The Trustee's Brazilian counsel sent a formal service request for this defendant to Brazil's Central Authority on June 21, 2024.  *See* (ECF No. 218).  According to the Trustee's Brazilian counsel, service |

|  |  |  |
|---|---|---|
|  |  | on this defendant has been completed, and counsel is waiting for the Brazilian courts to issue the document to confirm completion of service. |
| C. COSTA DOS SANTOS LTDA. | Brazil | The Trustee's Brazilian counsel sent a formal service request for this defendant to Brazil's Central Authority on May 17, 2024. *See* (ECF No. 218). According to the Trustee's Brazilian counsel, although the Brazil Central Authority has been unable to locate this defendant to notify it about the pending letter rogatory, the Federal Public Defender in Brazil has agreed that service should be executed on this defendant. On August 20, 2025, the Brazilian Superior Court of Justice granted a request by the Trustee's Brazilian counsel for the defendant to be served by publication, and counsel is currently awaiting completion of the process to serve by publication. |
| C.D.I. SPA | Italy | Defendant was served pursuant to Rule 4(f)(2)(A) on April 16, 2025. *See* (ECF No. 443). On September 9, 2025, the Trustee requested that the Clerk enter default against this defendant. *See* (ECF No. 450). |
| CELAVI INVESTIMENTOS E PARTICIPACOES LTDA. | Brazil | The Trustee's Brazilian counsel sent a formal service request for this defendant to Brazil's Central Authority on June 21, 2024. *See* (ECF No. 218). According to the Trustee's Brazilian counsel, the defendant has appealed after the Brazilian Superior Court of Justice granted the *exequatar* requested by the Trustee and ruled that service was completed. |
| CESALON – CENTRO DE SERVICOS EM ACOS LONGOS LTDA. | Brazil | The Trustee's Brazilian counsel sent a formal service request for this defendant to Brazil's Central Authority on June 21, 2024. *See* (ECF No. 218). According to the Trustee's Brazilian counsel, defendant has received a copy of the letter rogatory from the Central Authority, and counsel is waiting for the Brazilian courts to issue the document to confirm completion of service. |

| | | |
|---|---|---|
| CHRISTIAN COSTA DOS SANTOS | Brazil | The Trustee's Brazilian counsel sent a formal service request for this defendant to Brazil's Central Authority on June 21, 2024.  See (ECF No. 218).  According to the Trustee's Brazilian counsel, although the Brazil Central Authority has been unable to locate this defendant to notify it about the pending letter rogatory, the Federal Public Defender in Brazil has agreed that service should be executed on this defendant.  On August 21, 2025, the Brazilian Superior Court of Justice granted a request by the Trustee's Brazilian counsel for the defendant to be served by publication, and counsel is currently awaiting completion of the process to serve by publication. |
| DAKAR INDUSTRIA DE COMPONENTES INDUSTRIAIS LTDA | Brazil | Defendant was served pursuant to the Hague Convention on March 31, 2025.  See (ECF No. 431).  The Clerk entered a default against defendant pursuant to F.R.C.P. 55(a) on September 9, 2025.  See (ECF No. 433). |
| DANIEL POSSEBON BARGAS | Brazil | The Trustee's Brazilian counsel sent a formal service request for this defendant to Brazil's Central Authority on June 21, 2024.  See (ECF No. 218).  According to the Trustee's Brazilian counsel, defendant has received a copy of the letter rogatory from the Central Authority without objection, and counsel is waiting for the Brazilian courts to issue the document to confirm completion of service. |
| DIEGO POSSEBON | Brazil | This defendant was personally served with copies of the Summons and Complaint in Orlando, Florida on July 30, 2025.  See (ECF No. 414).  On September 3, 2025, defendant filed a letter requesting a pre-motion conference in anticipation of a motion to dismiss. See (ECF No. 428). |
| DIEGO POSSEBON – ME | Brazil | The Trustee's Brazilian counsel sent a formal service request for this defendant to Brazil's Central Authority on June 21, 2024.  See (ECF No. 218).  According to |

| | | |
|---|---|---|
| | | the Trustee's Brazilian counsel, the defendant has appealed after the Brazilian Superior Court of Justice granted the *exequatar* requested by the Trustee and ruled that service was completed. |
| DK ASSESSORIA E INTERMEDIACAO DE NEGOCIOS LTDA. | Brazil | The Trustee's Brazilian counsel sent a formal service request for this defendant to Brazil's Central Authority on June 21, 2024.  *See* (ECF No. 218).  According to the Trustee's Brazilian counsel, defendant has received a copy of the letter rogatory from the Central Authority without objection, and counsel is waiting for the Brazilian courts to issue the document to confirm completion of service. |
| EDINEIA PIABA ARAUJO LTDA. | Brazil | The Trustee's Brazilian counsel sent a formal service request for this defendant to Brazil's Central Authority on June 21, 2024.  *See* (ECF No. 218).  According to the Trustee's Brazilian counsel, although the Brazil Central Authority has been unable to locate this defendant to notify it about the pending letter rogatory, the Federal Public Defender in Brazil has agreed that service should be executed on this defendant.  On August 21, 2025, the Brazilian Superior Court of Justice granted a request by the Trustee's Brazilian counsel for the defendant to be served by publication, and counsel is currently awaiting completion of the process to serve by publication. |
| EMPIRE STRONG NEGOCIOS LTDA. | Brazil | The Trustee's Brazilian counsel sent a formal service request for this defendant to Brazil's Central Authority on June 21, 2024.  *See* (ECF No. 218).  According to the Trustee's Brazilian counsel, the defendant has appealed after the Brazilian Superior Court of Justice granted the *exequatar* requested by the Trustee and ruled that service was completed. |
| ENERGISOM SERVICOS E SONORIZACAO LTDA. | Brazil | Defendant was served pursuant to the Hague Convention on January 9, 2025.  *See* (ECF No. 375).  The Clerk entered a default against defendant pursuant to |

| | | |
|---|---|---|
| | | F.R.C.P. 55(a) on September 9, 2025. *See* (ECF No. 434). |
| EXPOBRAZ EXPORT IMPORT E AGROPECUARIA LTDA. | Brazil | Defendant was served pursuant to the Hague Convention on December 17, 2024. *See* (ECF No. 374). The Clerk entered a default against defendant pursuant to F.R.C.P. 55(a) on September 9, 2025. *See* (ECF No. 435). |
| FERNANDA ALVES DE SOUZA | USA/Brazil | The Trustee's Brazilian counsel sent a formal service request for this defendant to Brazil's Central Authority on September 4, 2024. *See* (ECF No. 218). According to the Trustee's Brazilian counsel, although the Brazil Central Authority has been unable to locate this defendant to notify her about the pending letter rogatory, the Federal Public Defender in Brazil has agreed that service should be executed on this defendant. |
| FRANCINE POSSEBON | Brazil | The Trustee's Brazilian counsel sent a formal service request for this defendant to Brazil's Central Authority on June 21, 2024. *See* (ECF No. 218). According to the Trustee's Brazilian counsel, the defendant has appealed after the Brazilian Superior Court of Justice granted the *exequatar* requested by the Trustee and ruled that service was completed. |
| FRANCISCO BONATES | Brazil | The Trustee's agents in Brazil are engaged in ongoing investigative efforts to locate this defendant to facilitate service of process by the Brazilian Central Authority. |
| GETWELL TRADING LIMITED | Hong Kong | Defendant was served pursuant to Rule 4(f)(2)(A) on April 1, 2025. *See* (ECF No. 444). On September 9, 2025, the Trustee requested that the Clerk enter default against this defendant. *See* (ECF No. 451). |
| GLOBAL SOLUCOES INTEGRADAS LTDA. | Brazil | The Trustee's Brazilian counsel sent a formal service request for this defendant to Brazil's Central Authority on June 21, 2024. *See* (ECF No. 218). On August 22, 2025, the Brazilian Superior Court of Justice granted a request by the Trustee's Brazilian counsel for the defendant to be |

| | | |
|---|---|---|
| | | served by publication, and counsel is currently awaiting completion of the process to serve by publication. |
| GUILHERME RAMAO | Brazil | The Trustee's agents in Brazil are engaged in ongoing investigative efforts to locate this defendant to facilitate service of process by the Brazilian Central Authority. |
| HITS ENTERTAINMENT INTERNATIONAL LLC | USA | The Florida Secretary of State accepted substitute service of process for defendant on May 29, 2024.  *See* (ECF Nos. 121 and 125).  Defendant did not file an answer to the complaint by the deadline of June 20, 2024.  On September 9, 2025, the Trustee requested that the Clerk enter default against this defendant.  *See* (ECF No. 452). |
| HITS ENTRETENIMENTO, LTDA | Brazil | The Trustee's Brazilian counsel sent a formal service request for this defendant to Brazil's Central Authority on August 21, 2024.  *See* (ECF No. 218).  The Trustee's Brazilian counsel is waiting for the federal court in Brazil to complete service of process on defendant. |
| HK NAGA IMPORT & EXPORT LIMITED | Hong Kong | Defendant was served pursuant to Rule 4(f)(2)(A) on April 3, 2025.  *See* (ECF No. 445).  On September 9, 2025, the Trustee requested that the Clerk enter default against this defendant.  *See* (ECF No. 453). |
| HUI SHENG SILVER JEWELRY CO. LTD. | Hong Kong | Defendant was served pursuant to Rule 4(f)(2)(A) on August 1, 2025.  *See* (ECF No. 446).  On September 9, 2025, the Trustee requested that the Clerk enter default against this defendant.  *See* (ECF No. 454). |
| IARA GALDINO DA SILVA | Brazil | The Trustee's Brazilian counsel sent a formal service request for this defendant to Brazil's Central Authority on August 21, 2024.  *See* (ECF No. 218).  According to the Trustee's Brazilian counsel, defendant has received a copy of the letter rogatory from the Central Authority without objection, and counsel is waiting for the Brazilian courts to complete service. |

| INNOVISION MULTIMEDIA LIMITED | Hong Kong | Defendant was served pursuant to Rule 4(f)(2)(A) on July 24, 2025. *See* (ECF No. 465). On September 9, 2025, the Trustee requested that the Clerk enter default against this defendant. *See* (ECF No. 455). |
|---|---|---|
| J. CESAR JACOBSEN | Brazil | This defendant was served with process on April 9, 2025. *See* (ECF No. 392). The Clerk of the Court entered default against Defendant on August 12, 2025. *See* (ECF No. 418). |
| JOSE HENRIQUE MAIA GIACOMOLLI LTDA. | Brazil | The Trustee's Brazilian counsel sent a formal service request for this defendant to Brazil's Central Authority on June 21, 2024. *See* (ECF No. 218). According to the Trustee's Brazilian counsel, the defendant has appealed after the Brazilian Superior Court of Justice granted the *exequatar* requested by the Trustee and ruled that service was completed. |
| JOUBERT DONINELI KONRATH | Brazil | The Trustee's Brazilian counsel sent a formal service request for this defendant to Brazil's Central Authority on June 21, 2024. *See* (ECF No. 218). The Trustee's Brazilian counsel is waiting for the Brazilian courts to issue the document to confirm completion of service. |
| JULIO CESAR JACOBSEN | Brazil | The Trustee's Brazilian counsel sent a formal service request for this defendant to Brazil's Central Authority on June 21, 2024. *See* (ECF No. 218). According to the Trustee's Brazilian counsel, the defendant has appealed after the Brazilian Superior Court of Justice granted the *exequatar* requested by the Trustee and ruled that service was completed. |
| LAKOCRED CONSULTORIA E SOLUCOES LTDA. | Brazil | The Trustee's Brazilian counsel sent a formal service request for this defendant to Brazil's Central Authority. According to the Trustee's Brazilian counsel, the defendant has appealed after the Brazilian Superior Court of Justice granted the *exequatar* requested by the Trustee and ruled that service was completed. |
| LARISSA CARVALHO POSSEBON | Brazil | This defendant was personally served with copies of the Summons and |

| | | |
|---|---|---|
| | | Complaint in Orlando, Florida on July 30, 2025.  *See* (ECF No. 413).  On September 3, 2025, defendant filed a letter requesting a pre-motion conference in anticipation of a motion to dismiss.  *See* (ECF No. 428). |
| LIGO PRODUCT LIMITED | Hong Kong | Defendant was served pursuant to Rule 4(f)(2)(A) on April 1, 2025.  *See* (ECF No. 447).  On September 9, 2025, the Trustee requested that the Clerk enter default against this defendant.  *See* (ECF No. 456). |
| LUCAS GIACOMOLLI | Brazil | The Trustee's Brazilian counsel sent a formal service request for this defendant to Brazil's Central Authority on August 8, 2024.  *See* (ECF No. 218).  According to the Trustee's Brazilian counsel, defendant is challenging service of the Trustee's complaint in the Brazilian courts. |
| LUCKY GLOBAL IMPORT AND EXPORT CO. LTD. | Thailand | Defendant was served pursuant to Rule 4(f)(2)(A) on April 2, 2025.  *See* (ECF No. 438).  On September 9, 2025, the Trustee requested that the Clerk enter default against this defendant.  *See* (ECF No. 457). |
| M. DUARTE DE SOUZA, LTDA., A/K/A MDS TRADE SOLUTIONS | Brazil | The Trustee's Brazilian counsel sent a formal service request for this defendant to Brazil's Central Authority on September 10, 2024.  *See* (ECF No. 218).  The Trustee's Brazilian counsel is waiting for the federal court in Brazil to complete service of process on defendant. |
| M.B. ALMEIDA | Brazil | The Trustee's Brazilian counsel sent a formal service request for this defendant to Brazil's Central Authority on June 21, 2024.  *See* (ECF No. 218).  According to the Trustee's Brazilian counsel, defendant has received a copy of the letter rogatory from the Central Authority without objection, and the federal court in Brazil has so far been unable to locate the defendant to complete service of process. |
| MAERLON DUARTE DE SOUZA | Brazil | The Trustee's agents in Brazil are engaged in ongoing investigative efforts to locate this defendant to facilitate |

|  |  | service of process by the Brazilian Central Authority. |
|---|---|---|
| MARCELO DE MESQUITA DUARTE | Brazil | The Trustee's Brazilian counsel sent a formal service request for this defendant to Brazil's Central Authority on June 21, 2024. *See* (ECF No. 218). According to the Trustee's Brazilian counsel, the defendant has appealed after the Brazilian Superior Court of Justice granted the *exequatur* requested by the Trustee and ruled that service was completed. |
| MATHEUS DUTRA SILVA | Brazil | Defendant was served pursuant to the Hague Convention on December 17, 2024. *See* (ECF No. 373). The Clerk entered a default against defendant pursuant to F.R.C.P. 55(a) on September 9, 2025. *See* (ECF No. 430). |
| MATHEUS POSSEBON | Brazil | The Trustee's Brazilian counsel sent a formal service request for this defendant to Brazil's Central Authority on May 17, 2024. *See* (ECF No. 218). According to the Trustee's Brazilian counsel, the defendant has appealed after the Brazilian Superior Court of Justice granted the *exequatur* requested by the Trustee and ruled that service was completed. |
| METALSUR INDUSTRIA E COMERCIO DE ACOS LTDA. | Brazil | Defendant was served with process pursuant to the Hague Convention on May 14, 2025. *See* (ECF No. 399). The Clerk of the Court entered default against this defendant on August 12, 2025. *See* (ECF No. 417). |
| MORNING GLORY EVERGREEN CO. LTD. | Thailand | Defendant was served pursuant to Rule 4(f)(2)(A) on April 1, 2025. *See* (ECF No. 439). On September 9, 2025, the Trustee requested that the Clerk enter default against this defendant. *See* (ECF No. 458). |
| MP CAPITAL AND INVESTMENTS LLC |  | The Florida Secretary of State accepted substitute service of process for defendant on May 29, 2024. *See* (ECF Nos. 122 and 125). Defendant did not file an answer to the complaint by the deadline of June 20, 2024. On September 9, 2025, the Trustee requested that the Clerk enter default against this defendant. *See* (ECF No. |

| | | |
|---|---|---|
| | | 459). |
| NEW SEGURA ADMINISTRACAO DE IMOVEIS LTDA. D/B/A T&F CONSULTORIA E GESTAO DE IMOVEIS | Brazil | Defendant was served pursuant to the Hague Convention on April 9, 2025. *See* (ECF No. 432). The Clerk entered a default against defendant pursuant to F.R.C.P. 55(a) on September 9, 2025. *See* (ECF No. 436). |
| NILO COUNTRY EMPREENDIMENTOS IMOBILARIOS SPA LTDA. | Brazil | The Trustee's Brazilian counsel sent a formal service request for this defendant to Brazil's Central Authority on August 21, 2024. *See* (ECF No. 218). According to the Trustee's Brazilian counsel, the defendant has appealed after the Brazilian Superior Court of Justice granted the *exequatar* requested by the Trustee and ruled that service was completed. |
| RAYNARA G.S. AMORIM | Brazil | The Trustee's agents in Brazil are engaged in ongoing investigative efforts to locate this defendant to facilitate service of process by the Brazilian Central Authority. |
| RODRIGO MARTINS DE MELLO | Brazil | The Trustee's agents in Brazil are engaged in ongoing investigative efforts to locate this defendant to facilitate service of process by the Brazilian Central Authority. |
| SAMMI NS TRADE LIMITED | Hong Kong | Defendant was served pursuant to Rule 4(f)(2)(A) on April 1, 2025. *See* (ECF No. 448). On September 9, 2025, the Trustee requested that the Clerk enter default against this defendant. *See* (ECF No. 460). |
| SILVER LAND | Thailand | Defendant was served pursuant to Rule 4(f)(2)(A) on July 29, 2025. *See* (ECF No. 440). On September 9, 2025, the Trustee requested that the Clerk enter default against this defendant. *See* (ECF No. 461). |
| STAR SILVER BY PRINCESS | Thailand | Defendant was served pursuant to Rule 4(f)(2)(A) on April 1, 2025. *See* (ECF No. 441). On September 9, 2025, the Trustee requested that the Clerk enter default against this defendant. *See* (ECF No. 462). |
| TOP SILVER | Thailand | Defendant was served pursuant to Rule |

| | | |
|---|---|---|
| | | 4(f)(2)(A) on April 2, 2025. *See* (ECF No. 442). On September 9, 2025, the Trustee requested that the Clerk enter default against this defendant. *See* (ECF No. 463). |
| TW BRASIL LTDA. F/K/A TW DISTRIBUIDORA DE BEBIDA LTDA. | Brazil | The Trustee's Brazilian counsel sent a formal service request for this defendant to Brazil's Central Authority on June 21, 2024. *See* (ECF No. 218). According to the Trustee's Brazilian counsel, defendant has received a copy of the letter rogatory from the Central Authority without objection, and counsel is waiting for the Brazilian courts to issue the document to confirm completion of service. |
| WALTER CORDEIRO FILHO | Brazil | The Trustee's Brazilian counsel sent a formal service request for this defendant to Brazil's Central Authority on June 21, 2024. *See* (ECF No. 218). According to the Trustee's Brazilian counsel, defendant has received a copy of the letter rogatory from the Central Authority, and counsel is waiting for the Brazilian courts to issue the document to confirm completion of service. |
| WALTER CORDEIRO NETTO | Brazil | The Trustee's agents in Brazil are engaged in ongoing investigative efforts to locate this defendant to facilitate service of process by the Brazilian Central Authority. |
| WAVE TECH CO. | USA | The Florida Secretary of State accepted substitute service of process for defendant on May 29, 2024. *See* (ECF Nos. 124 and 125). Defendant did not file an answer to the complaint by the deadline of June 20, 2024. On September 9, 2025, the Trustee requested that the Clerk enter default against this defendant. *See* (ECF No. 464). |

     *     *     *

  We thank the Court for its attention to this matter. Plaintiff is available to answer any questions or provide any further information requested by the Court.

Respectfully submitted,

Eric T. Kanefsky
Calcagni & Kanefsky LLP

cc (via ECF):  all counsel of record