**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

CHAMBERS OF
**JUSTIN T. QUINN**
UNITED STATES MAGISTRATE JUDGE

CLARKSON S. FISHER FEDERAL
BUILDING & U.S. COURTHOUSE
402 EAST STATE STREET
TRENTON, N.J. 08608
609-989-2144

September 30, 2025

**LETTER ORDER**

Re:    *Edwin H. Stier as Wind Down Trustee for MLS Berkowitz*
*Investments, LLC v. Diego Possebon, et al.*
Civil Action No. 24-4647 (RK) (JTQ)

Dear counsel:

On September 30, 2025, the undersigned conducted a status conference, during which the Court addressed several topics, including certain disputed issues. This Order memorializes those discussions.

***First***, Plaintiff's counsel shall file a letter with the Court identifying all Defendants that have not yet been served. That letter is due **October 3, 2025**.

***Second***, by October 10, 2025, Plaintiff shall file a letter with the Court formally withdrawing the motion to have certain claims referred to the United States Bankruptcy Court.

***Third***, to the extent Plaintiff seeks to file a reply in connection with Plaintiff's motion for judicial approval of the settlement agreement between the Trustee and Miami Waterfront Ventures LLC, the reply shall be filed **October 14, 2025**. No additional submissions on this motion are permitted.

***Fourth***, two weeks before every court conference, the Parties shall discuss agenda items they wish to raise with the Court. Three days prior to the conference, the Parties are to file a letter with the Court listing those agenda items. The letter shall also provide the Court with the names of counsel who will be appearing at the conference. Any issue not listed on the agenda will not be discussed during the conference.

***Fifth***, Magistrate Judge Quinn will conduct a telephone status conference with the Parties on **November 19, 2025 at 10:30AM**. Participants are directed to dial 855-244-8681, Access Code 2300 799 9527 #

**SO ORDERED.**

**s/ Justin T. Quinn**
**Hon. Justin T. Quinn, U.S.M.J.**