

ERIC T. KANEFSKY PARTNER
862.772.8149    eric@ck-litigation.com    ck-litigation.com

October 3, 2025

**VIA ECF**
Honorable Justin T. Quinn
United States Magistrate Judge
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      Re:    *Edwin H. Stier, Esq. as Wind Down Trustee for MLS Berkowitz Investments, LLC v. Diego Possebon, et al.*, No. 3:24-cv-04647-RK-JTQ

Dear Judge Quinn:

      This firm is co-counsel for Plaintiff, Edwin H. Stier, Esq. as Wind Down Truste for MLS Berkowitz Investments, LLC ("Plaintiff" or the "Trustee").  On October 1, 2025, the Court issued a Letter Order (ECF No. 486), which, among other things, directed Plaintiff's counsel to file a letter by October 3, 2025, identifying all Defendants that have not yet been served.  According to the information presently available to Plaintiff's counsel, service of process pursuant to the Hague Convention, established by proof of service issued by the Brazilian Ministry of Justice, is not yet complete with respect to the Defendants listed below.  We have grouped these Defendants into the following categories corresponding to our understanding of the reasons why service has not yet been completed: (i) service is concluded, but the Brazilian Ministry of Justice is yet to transmit proof of service for the Defendant; (ii) the Brazilian Superior Court of Justice granted the exequatur for service of the Defendant requested by the Trustee, but the Brazilian federal court is yet to complete service; (iii) the Defendant's challenge to service under the Hague Convention is ongoing in the Brazilian court system; and (iv) the Defendant has not yet been located by the Brazilian authorities.

      **I.**      **Proof of Service for the Defendant Not Yet Received**

- Antonio Carlos Flores Mendes
- Cesalon – Centro de Servicos em Acos Longos Ltda.
- Daniel Possebon Bargas
- TW Brasil Ltda. f/k/a TW Distribuidora de Bebida Ltda.
- Walter Cordeiro Filho

      **II.**      **Brazilian Federal Court is Yet to Complete Service**

- Altavista Romão Sociedade Individual De Advocacia, f/k/a Schunck Advogados
- A.R.M. Dantas Ltda.

One Newark Center, 1085 Raymond Blvd., 18th Floor, Newark, NJ 07102  |  85 Broad Street, Suite 17031, New York, NY 10004  |  862.397.1796

Letter to Honorable Justin T. Quinn, Friday, October 3, 2025
Page 2 of 3

- C. Costa Dos Santos Ltda. (the Brazilian Superior Court of Justice has granted the Trustee's request to serve Defendant by publication)
- Christian Costa Dos Santos (the Brazilian Superior Court of Justice has granted the Trustee's request to serve Defendant by publication)
- Edineia Piaba Araujo Ltda. (the Brazilian Superior Court of Justice has granted the Trustee's request to serve Defendant by publication)
- Fernanda Alves De Souza[1]
- Global Solucoes Integradas Ltda. (the Brazilian Superior Court of Justice has granted the Trustee's request to serve Defendant by publication)
- Hits Entretenimento Ltda.
- Iara Galdino Da Silva
- M. Duarte de Souza a/k/a MDS Trade Solutions
- M.B. Almeida

### III. Defendants Challenging Service in the Brazilian Court System[2]

- A.P.N. Servicos Ltda.
- Celavi Investimentos e Participacoes Ltda.
- Diego Possebon – ME
- Empire Strong Negocios Ltda.
- Francine Possebon
- Jose Henrique Maia Giacomolli Ltda.
- Julio Cesar Jacobsen
- Lakocred Consultoria e Solucoes Ltda.
- Lucas Giacomolli
- Marcelo de Mesquita Duarte
- Matheus Possebon
- Nilo Country Empreendimentos Imobilarios SPA Ltda.

### IV. Defendants Not Yet Located by Brazilian Authorities

- Adriano Da Silva Amorim
- Francisco Bonates
- Guilherme Ramão
- Maerlon Duarte de Souza

---

[1] Although the Brazil Central Authority has been unable to locate this defendant to notify her about the pending letter rogatory, the Federal Public Defender in Brazil has agreed that service should be executed on this defendant.

[2] According to the Trustee's counsel in Brazil, (i) these Defendants, with the exception of Lucas Giacomolli, have all appealed after the Brazilian Superior Court of Justice granted the exequatur requested by the Trustee and ruled that service was completed, and (ii) none of the Defendants in this case have succeeded in an attempt to challenge service under the Hague Convention in the Brazilian courts.

Letter to Honorable Justin T. Quinn, Friday, October 3, 2025
Page 3 of 3

- Raynara G. S. Amorim
- Rodrigo Martins de Mello
- Vinicius Oliveira Mendes
- Walter Cordeiro Netto

          *          *          *

We thank the Court for its attention to this matter. Plaintiff is available to answer any questions or provide any further information requested by the Court.

Respectfully submitted,

Eric T. Kanefsky
Calcagni & Kanefsky LLP

cc (via ECF):  all counsel of record