

ERIC T. KANEFSKY PARTNER
862.772.8149   eric@ck-litigation.com   ck-litigation.com

October 10, 2025

<u>VIA ECF</u>
Honorable Justin T. Quinn
United States Magistrate Judge
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re: *Edwin H. Stier, Esq. as Wind Down Trustee for MLS Berkowitz Investments, LLC v. Diego Possebon, et al.*, **No. 3:24-cv-04647-RK-JTQ**

Dear Judge Quinn:

  This firm is co-counsel for Plaintiff, Edwin H. Stier, Esq. as Wind Down Truste for MLS Berkowitz Investments, LLC ("Plaintiff" or the "Trustee"). Per the Court's October 1, 2025 Letter Order (ECF No. 486), the Trustee hereby formally withdraws the Motion, pursuant to 28 U.S.C. § 157 and Standing Order of Reference 12-1, for an Order referring the Trustee's claims against certain defendants to the United States Bankruptcy Court for the District of New Jersey (ECF No. 365).

      Respectfully submitted,

      Eric T. Kanefsky
      Calcagni & Kanefsky LLP

cc (via ECF): all counsel of record

One Newark Center, 1085 Raymond Blvd., 18th Floor, Newark, NJ 07102  |  85 Broad Street, Suite 17031, New York, NY 10004  |  862.397.1796