


ERIC T. KANEFSKY PARTNER
862.772.8149 eric@ck-litigation.com ck-litigation.com

October 13, 2025

**VIA ECF**
Honorable Justin T. Quinn
United States Magistrate Judge
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**Re:** ***Edwin H. Stier, Esq. as Wind Down Trustee for MLS Berkowitz Investments, LLC v. Diego Possebon, et al.*****, No. 3:24-cv-04647-RK-JTQ**

Dear Judge Quinn:

This firm is co-counsel for Plaintiff, Edwin H. Stier, Esq. as Wind Down Truste for MLS Berkowitz Investments, LLC ("Plaintiff" or the "Trustee"). In its July 24, 2025 Letter Order (ECF No. 412) (the "Letter Order"), the Court directed Plaintiff to file, by October 15, 2025, a "motion for default judgment for all appropriate Defendants" with proposed findings of fact and conclusions of law addressing: (i) subject matter jurisdiction, (ii) personal jurisdiction, (iii) service of process, (iv) the sufficiency of each cause of action alleged against the defendant that is the subject of the motion, (v) the three *Emcasco* factors; and (vi) Plaintiff's entitlement to damages.

As the docket reflects, the Clerk has, since the Court issued the Letter Order, entered defaults pursuant to Rule 55(a) against approximately twenty additional defendants. Given the larger than expected number of defendants in default, Plaintiff now writes to request an extension of time until **November 28, 2025** to file the motions for default judgment required by the Letter Order. In addition, Plaintiff requests the Court's permission to streamline the process by filing combined default judgment motions for defendants who can be grouped together based on factors including the nature of the allegations and causes of action against them, basis of personal jurisdiction, and method of service of process.

We thank the Court for its attention to this matter.

Respectfully submitted,

Eric T. Kanefsky
Calcagni & Kanefsky LLP

cc (via ECF): all counsel of record