

90 PARK AVE
37TH FLOOR
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
**FOLEY.COM**

WRITER'S DIRECT LINE
212.338.3441
cdegennaro@foley.com

October 24, 2025

**VIA ECF**
The Honorable Justin T. Quinn
United States District Court
District of New Jersey
Clarkson S. Fisher U.S.
Courthouse 402 East State Street
Room 2020
Trenton, NJ 08608

      Re:    Leave for Sur-Reply in *Edwin H. Stier, Esq. v. Possebon et al.,* Case No. 3:24-cv-04647- RK-JTQ

Dear Judge Quinn:

    We represent Defendants Larissa Carvalho Possebon ("Mrs. Possebon") and Diego Possebon (collectively, "Possebons") in the above-referenced action. We write to respectfully request leave from the Court to file a Sur-Reply in further support of the Possebons' Opposition (ECF No. 477) to Plaintiff's Application for this Court to approve its Settlement with Miami Waterfront Ventures LLC ("Miami Waterfront") (ECF No. 427), in light of Plaintiffs' October 14, 2025 Reply (ECF No. 497), which contained a number of inaccuracies. The purpose of the Sur-Reply would be to address such inaccuracies, as well as new arguments raised in Plaintiff's Reply, including Plaintiff's contentions that: (1) Mrs. Possebon received notice of default on the March 1, 2023 purchase agreement ("Purchase Agreement") between Miami Waterfront and Mrs. Possebon, (2) Miami Waterfront and Mrs. Possebon failed to enforce the Purchase Agreement well after Miami Waterfront's alleged "termination" of the same, and (3) Mrs. Possebon has conceded that the funds used to make deposits for the purchase of the condominium under the Purchase Agreement can be traced back to MLS Berkowitz. None of these statements are true, and they raise arguments beyond the scope of the arguments in the Possebons' Opposition.

    We acknowledge that the Court requested that the Parties not submit additional briefing in its October 1, 2025 Letter Order. However, based on new information that Plaintiff raised in its Reply, the Possebons request the opportunity to respond and clarify such inaccuracies. We thank the Court for its attention to this matter.

AUSTIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DENVER | DETROIT | HOUSTON | JACKSONVILLE | LOS ANGELES
MADISON | MEXICO CITY | MIAMI | MILWAUKEE | NASHVILLE | NEW YORK | ORLANDO | RALEIGH | SACRAMENTO | SALT LAKE CITY  SAN DIEGO | SAN FRANCISCO | SILICON VALLEY | TALLAHASSEE | TAMPA | TOKYO | WASHINGTON, D.C.



                    Respectfully submitted,

                    */s/ Christopher A. DeGennaro*

                    Christopher A. DeGennaro

cc: All counsel of record (via ECF)



CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2025, the above document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: New York City, New York
October 24, 2025

*/s/ Christopher A. DeGennaro*
Christopher A. DeGennaro

AUSTIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DENVER | DETROIT | HOUSTON | JACKSONVILLE | LOS ANGELES
MADISON | MEXICO CITY | MIAMI | MILWAUKEE | NASHVILLE | NEW YORK | ORLANDO | RALEIGH | SACRAMENTO | SALT LAKE CITY  SAN DIEGO | SAN FRANCISCO | SILICON VALLEY | TALLAHASSEE | TAMPA | TOKYO | WASHINGTON, D.C.