

ERIC T. KANEFSKY PARTNER

862.772.8149   eric@ck-litigation.com   ck-litigation.com

November 10, 2025

**VIA ECF**
Honorable Justin T. Quinn
United States Magistrate Judge
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      **Re:**    *Edwin H. Stier, Esq. as Wind Down Trustee for MLS Berkowitz Investments, LLC v. Diego Possebon, et al.*, **No. 3:24-cv-04647-RK-JTQ**

Dear Judge Quinn:

      This firm is co-counsel for Plaintiff, Edwin H. Stier, Esq. as Wind Down Truste for MLS Berkowitz Investments, LLC ("Plaintiff" or the "Trustee"). On July 24, 2025, Your Honor issued a Letter Order (ECF No. 412) (the "7/24/25 Order"), directing the Plaintiff to file a letter every sixty days "updating the Court on the status of all outstanding service issues." Plaintiff's counsel provided its first service update required under the 7/24/25 Order by a letter filed with the Court on September 9, 2025 (ECF No. 467).

      Subsequently, on October 1, 2025, the Court issued a Letter Order (ECF No. 486), which, among other things, directed Plaintiff's counsel to file a letter by October 3, 2025, identifying all Defendants that have not yet been served. On October 3, 2025, Plaintiff's counsel filed a letter (ECF No. 490) (the "10/3/25 Letter") identifying the Defendants who, according to the information available to Plaintiff's counsel, have not yet been served. As Plaintiff's counsel explained in the 10/3/25 Letter, service of process pursuant to the Hague Convention, established by proof of service issued by the Brazilian Ministry of Justice, had not yet been completed for certain Defendants. Further, in the 10/3/25 Letter, Plaintiff's counsel grouped the unserved Defendants into the following categories corresponding to the understanding of Plaintiff's counsel for why service is not yet completed: (i) service is concluded, but the Brazilian Ministry of Justice is yet to transmit proof of service for the Defendant; (ii) the Brazilian Superior Court of Justice granted the exequatur for service of the Defendant requested by the Trustee, but the Brazilian federal court is yet to complete service; (iii) the Defendant's challenge to service under the Hague Convention is ongoing in the Brazilian court system; and (iv) the Defendant has not yet been located by the Brazilian authorities.

      For purposes of updating the Court as to the status of all outstanding service issues, as required by the 7/24/25 Order, Plaintiff below identifies: (a) all Defendants served since Plaintiff filed the 10/3/25 Letter; and (b) the Defendants who are yet to be served, grouped into the same categories as in the 10/3/25 Letter.

Letter to Honorable Justin T. Quinn, Monday, November 10, 2025
Page 2 of 4

I. **Defendants Served Since Plaintiff Filed the 10/3/25 Letter**

- M. Durate de Souza, a/k/a MDS Trade Solutions and MDS Logistica. *See* (ECF No. 494). On October 31, 2025, the Clerk entered a default against this Defendant.
- Matheus Possebon. *See* (ECF No. 499). On October 31, 2025, the Clerk entered a default against this Defendant. On November 3, 2024, this Defendant filed a *pro se* Answer to the Complaint. *See* (ECF No. 507).

II. **Proof of Service for the Defendant Not Yet Received**

- Antonio Carlos Flores Mendes
- Cesalon – Centro de Servicos em Acos Longos Ltda.
- Daniel Possebon Bargas
- TW Brasil Ltda. f/k/a TW Distribuidora de Bebida Ltda.
- Walter Cordeiro Filho

III. **Brazilian Federal Court is Yet to Complete Service**

- Altavista Romão Sociedade Individual De Advocacia, f/k/a Schunck Advogados
- A.R.M. Dantas Ltda. (the Brazilian Superior Court of Justice has granted the Trustee's request to serve Defendant by publication)
- C. Costa Dos Santos Ltda. (the Brazilian Superior Court of Justice has granted the Trustee's request to serve Defendant by publication)
- Christian Costa Dos Santos (the Brazilian Superior Court of Justice has granted the Trustee's request to serve Defendant by publication)
- Edineia Piaba Araujo Ltda. (the Brazilian Superior Court of Justice has granted the Trustee's request to serve Defendant by publication)
- Fernanda Alves De Souza[1]
- Global Solucoes Integradas Ltda. (the Brazilian Superior Court of Justice has granted the Trustee's request to serve Defendant by publication)
- Hits Entretenimento Ltda.
- Iara Galdino Da Silva (the Brazilian Superior Court of Justice has granted the Trustee's request to serve Defendant by publication)
- M.B. Almeida

---

[1] Although the Brazil Central Authority has been unable to locate this defendant to notify her about the pending letter rogatory, the Federal Public Defender in Brazil has agreed that service should be executed on this defendant.

IV. **Defendants Challenging Service in the Brazilian Court System**[2]

- A.P.N. Servicos Ltda.
- Celavi Investimentos e Participacoes Ltda.
- Diego Possebon – ME
- Empire Strong Negocios Ltda.
- Francine Possebon
- Jose Henrique Maia Giacomolli Ltda.
- Julio Cesar Jacobsen
- Lakocred Consultoria e Solucoes Ltda.
- Lucas Giacomolli
- Marcelo de Mesquita Duarte
- 
- Nilo Country Empreendimentos Imobilarios SPA Ltda.

V. **Defendants Not Yet Located by Brazilian Authorities**

- Adriano Da Silva Amorim
- Francisco Bonates
- Guilherme Ramão
- Maerlon Duarte de Souza

\*        \*        \*

We thank the Court for its attention to this matter. Plaintiff is available to answer any questions or provide any further information requested by the Court.

Respectfully submitted,

Eric T. Kanefsky
Calcagni & Kanefsky LLP

---

[2] According to the Trustee's counsel in Brazil, (i) these Defendants, now including Lucas Giacomolli, have all appealed after the Brazilian Superior Court of Justice granted the exequatur requested by the Trustee and ruled that service was completed, and (ii) none of the Defendants in this case have succeeded in an attempt to challenge service under the Hague Convention in the Brazilian courts. In fact, the Brazilian Superior Court of Justice has denied the appeals filed by Empire Strong Negócios Ltda., José Henrique Maia Giacomolli Ltda., Celavi Investimentos e Participações Ltda., Diego Possebon-ME, Francine Posssebon, and Lakocred Consultoria e Solucoes Ltda., and the Trustee's Brazilian counsel is awaiting the return of letters rogatory and completion of service for these Defendants.

Letter to Honorable Justin T. Quinn, Monday, November 10, 2025
Page 4 of 4

cc (via ECF):  all counsel of record