

90 PARK AVE
37TH FLOOR
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
FOLEY.COM

WRITER'S DIRECT LINE
212.338.3441
cdegennaro@foley.com

November 14, 2025

**VIA ECF**
Honorable Justin T. Quinn
United States Magistrate Judge
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   *Edwin H. Stier, Esq. as Wind Down Trustee for MLS Berkowitz, LLC v. Diego Possebon, et al.*, No. 3:24-cv-04647-RK-JTQ

Dear Judge Quinn:

Pursuant to the Court's October 1, 2025 Letter Order (ECF No. 486), the Parties jointly submit this letter containing a proposed agenda for the telephone conference with the Court on November 19, 2025.

1. Motion to Dismiss Schedule and Procedure
2. Status of Trustee's Application for Approval of Settlement Agreement with Miami Ventures and L. Possebon's Opposition
3. Status Update on Interpleader
4. Motion to Transfer Certain Claims to Bankruptcy Court - Withdrawal Complete
5. The timing and possible consolidation of the Trustee's motions for default judgment against various defendants.

The following counsel will be appearing at the November 19 conference:

- Christopher DeGennaro (Diego Possebon & Larissa Possebon)
- Roland Potts (Diego Possebon & Larissa Possebon)
- Hillary Leffue (Diego Possebon & Larissa Possebon)
- Janene Marasciullo (Adukargo Transportes e Logistica e Servicos de Armazenagens Ltda.)
- Alan Klein (Adukargo Transportes e Logistica e Servicos de Armazenagens Ltda.)
- Elizabeth Velez (Opus Entretenimento)
- Alexander Bedrosyan (Opus Entretenimento)
- Glenn R. Reiser (Quick Auto Providers)
- Daniel Ginzburg (Astronauto Enterprises)
- Michael Lauricella (Parag Diamonds)
- Michael Spizzuco (REAG)

November 14, 2025<br>
Page 2

- Arielle Katz (Beach House Condominiums)
- Tiana Gimbrone (Braga Exports)
- Joe Grant (Nanzo LLC and related defendants)
- Daniel Stolz (counsel for the Trustee)
- Eric Kanefsky (counsel for the Trustee)
- Tim Kolaya (Monique Levy)
- Elizabeth Carbone (Better Silver S.p.A.)
- Gianna Signorille (Better Silver S.p.A.)
- Catherine Costagliola (Better Silver S.p.A.)

Sincerely,

*/s/ Christopher A. DeGennaro*

**Christopher A. DeGennaro**

CAD