

90 PARK AVE
37TH FLOOR
NEW YORK, NY  10016-1314
212.682.7474 TEL
212.687.2329 FAX
**FOLEY.COM**

WRITER'S DIRECT LINE
212.338.3441
cdegennaro@foley.com

December 19, 2025

**VIA ECF**
Honorable Justin T. Quinn
United States Magistrate Judge
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

           Re:    *Edwin H. Stier, Esq. as Wind Down Trustee for MLS Berkowitz, LLC v. Diego Possebon, et al.*, No. 3:24-cv-04647-RK-JTQ

Dear Judge Quinn:

      I am counsel to Larissa Carvallo Possebon, and I submit this letter in accordance with the Court's November 21, 2025 Letter Order (the "Order").  *See* ECF No. 513.  Pursuant to the Order, counsel for Defendants Miami Waterfront Ventures ("MWV"), Possebon, Monique Levy, and Fidelity National Title Insurance Company ("Fidelity"), and Plaintiff Edwin H. Stier, Esq., as Wind Down Trustee for MLS Berkowitz Investments, LLC (the "Trustee") (collectively, the "Parties") met and conferred to discuss the issues raised in (1) MWV's November 19 correspondence (ECF No. 512) and (2) Possebon's September 10, 2025 letter (ECF No. 472).  The Parties have agreed that the disputed funds currently held by Fidelity and MWV will be deposited with the Court and that Possebon's request for leave to file a motion to transfer Fidelity's interpleader action is withdrawn.  The Parties are negotiating a joint proposed Consent Order reflecting their agreement and will file same on or before December 31, 2025.

                                                                    Sincerely,

                                                                    /s/ Christopher A. DeGennaro

                                                                  **Christopher A. DeGennaro**

CAD