

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201.489.3000   201.489.1536 fax

New York

Delaware

Maryland

Texas

Florida

Washington, DC

Elizabeth A. Carbone
Member
Admitted in NJ and NY

Reply to New Jersey Office
Writer's Direct Line: 201.525.6299
Writer's Direct Fax: 201.678.6299
Writer's E-Mail: ecarbone@coleschotz.com

January 7, 2026

**Via CM/ECF Filing**
Honorable Robert Kirsch, U.S.D.J. and Honorable Justin T. Quinn, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fischer Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

  Re: **Stier, Esq. v. Possebon, *et al*., Case No. 3:24-cv-04647-RK-JTQ**
     **Notice of Settlement Between Defendant Better Silver S.p.A.'s ("*Better Silver*") and Plaintiff**

Dear Judge Kirsch and Judge Quinn:

  This firm, along with Bartko Pavia LLP, represents Better Silver in the above-referenced matter. We write to respectfully advise the Court that Better Silver and Plaintiff have reached a settlement in principal and are working on reducing that agreement to a written settlement agreement. Accordingly, Better Silver respectfully requests that all deadlines applicable to it be administratively stayed until it is dismissed from this lawsuit.

  Should the Court require any additional information, or have any questions, the undersigned can be reached via email (ecarbone@coleschotz.com) or phone (201-525-6299). As always, the Court's time and attention to this matter are greatly appreciated.

             Respectfully submitted,

             COLE SCHOTZ P.C.

             */s/ Elizabeth A. Carbone*

             Elizabeth A. Carbone

cc: All Counsel of Record (via CM/ECF)
   Adam Mitzner, Esq. (via email)
   Gianna Signorille, Esq. (via email)