

90 PARK AVE
37TH FLOOR
NEW YORK, NY  10016-1314
212.682.7474 TEL
212.687.2329 FAX
**FOLEY.COM**

WRITER'S DIRECT LINE
212.338.3472
SKOCH@FOLEY.COM

January 23, 2026

**VIA ECF**
Honorable Justin T. Quinn
United States Magistrate Judge
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:   *Edwin H. Stier, Esq. as Wind Down Trustee for MLS Berkowitz, LLC v. Diego Possebon, et al.*, No. 3:24-cv-04647-RK-JTQ

Dear Judge Quinn:

Pursuant to the Court's November 21, 2025 Letter Order (ECF No. 513), the Parties jointly submit this letter containing a proposed agenda for the telephone conference with the Court on January 27, 2026.

1. Motion to Dismiss Schedule and Procedure
2. The Parties' efforts to resolve the issues related to the Interpleader funds and funds currently held by Miami Waterfront (see Dec. 19, 2025 and Dec. 31, 2025 Letters to the Court, Docket Nos. 526 and 530), and, in the Trustee's view, a procedure for expedited litigation to resolve entitlement to those funds.
3. The Trustee proposes discussion of jurisdictional discovery in light of the representations made by many Defendants in their January 20, 2026 letter filed with the Court (ECF No. 548) that they intend to challenge personal jurisdiction.

The following counsel will be appearing at the January 27 conference:

- Sam Koch (Diego Possebon & Larissa Possebon)
- Roland Potts (Diego Possebon & Larissa Possebon)
- Hillary Leffue (Diego Possebon & Larissa Possebon)
- Janene Marasciullo (Adukargo Transportes e Logistica e Servicos de Armazenagens Ltda.)
- Alan Klein (Adukargo Transportes e Logistica e Servicos de Armazenagens Ltda.)
- Elizabeth Velez (Opus Entretenimento)
- Alexander Bedrosyan (Opus Entretenimento)
- Glenn R. Reiser (Quick Auto Providers)

January 23, 2026<br>
Page 2

- Daniel Ginzburg (Astronauto Enterprises)
- Michael Lauricella (Parag Diamonds)
- Michael Spizzuco (REAG)
- Arielle Katz (Beach House Condominiums)
- Tiana Gimbrone (Braga Exports)
- Joe Grant (Nanzo LLC and related defendants)
- Daniel Stolz (counsel for the Trustee)
- Eric Kanefsky (counsel for the Trustee)
- Philip Morrow (counsel for the Trustee)
- Tim Kolaya (Monique Levy)
- Alexander Geisel (Fernanda Alvez De Souza, Iara Galdino Da Silva, and the Empire Strong Defendants)
- Scott Nielson (Fernanda Alvez De Souza, Iara Galdino Da Silva, and the Empire Strong Defendants)
- Jorge A. Sanchez (Fidelity)
- Fred Hoensch (Miami Waterfront Ventures)

Sincerely,

*/s/ Sam M. Koch*

Sam M. Koch