

**Rafael Vergara**

163 Madison Avenue, Suite 503 | Morristown, NJ 07960
vergarar@whiteandwilliams.com | whiteandwilliams.com

Gabriel E. Darwick, Managing Partner - Morristown

January 28, 2026

Via Mail and ECF
Hon. Robert Kirsh, U.S.D.J
Unites States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S Courthouse
402 East State Street, Courtroom 4E
Trenton, NJ 08608

Dear Judge Kirsch:

I represent defendant Lucus Giacomolli. Enclosed is a courtesy copy of **Defendant's Memorandum of Law in Support of the Motion to Dismiss**, which was electronically on January 27, 2026.

Respectfully yours,
WHITE AND WILLIAMS LLP
s/Rafael Vergara

cc: Counsel of record (via ECF, without enclosure)