**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

CHAMBERS OF
**JUSTIN T. QUINN**
UNITED STATES MAGISTRATE JUDGE

CLARKSON S. FISHER FEDERAL
BUILDING & U.S. COURTHOUSE
402 EAST STATE STREET
TRENTON, N.J. 08608
609-989-2144

January 30, 2026

**LETTER ORDER**

Re:   *Edwin H. Stier as Wind Down Trustee for MLS Berkowitz*
      *Investments, LLC v. Diego Possebon, et al.*
      Civil Action No. 24-4647 (RK) (JTQ)

Dear counsel:

On January 27, 2026, the undersigned conducted a status conference, during which the Court discussed issues relating to personal jurisdiction (among other things) and Plaintiff's request for jurisdictional discovery—a request that is disputed. This Order memorializes the procedure the Parties are to follow, so the Court can determine an efficient path forward on this issue.

*First*, any Defendant seeking to dismiss Plaintiff's complaint on personal jurisdiction grounds shall file a pre-motion letter not exceeding three-double spaced pages, explaining the specific bases for its/his/her position on why this Court lacks jurisdiction, *i.e.*, specific, general, or both. Defendants' letters shall be filed no later than **February 26, 2026**.

*Second*, by **April 18, 2026**, Plaintiff shall file a letter responding to each Defendants' submission. Plaintiff's response shall identify the jurisdictional basis as for each Defendant, specifically referencing the Complaint. Plaintiff also shall identify what specific jurisdictional discovery Plaintiff believes would be necessary to address any personal jurisdiction argument. The Court intentionally has not identified a page length for Plaintiff's omnibus response. Plaintiff shall file a letter by **March 5, 2026**, identifying the specific number of pages it believes necessary to respond sufficiently to Defendants' correspondence.

**SO ORDERED.**

s/ Justin T. Quinn
**Hon. Justin T. Quinn, U.S.M.J.**