

ERIC T. KANEFSKY PARTNER

📞 862.772.8149    ✉ eric@ck-litigation.com    🌐 ck-litigation.com

March 5, 2026

**VIA ECF**
Honorable Justin T. Quinn
United States Magistrate Judge
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

> **Re:** *Edwin H. Stier, Esq. as Wind Down Trustee for MLS Berkowitz Investments, LLC v. Diego Possebon, et al.*, **No. 3:24-cv-04647-RK-JTQ**

Dear Judge Quinn:

This firm is co-counsel for Plaintiff, Edwin H. Stier, Esq. as Wind Down Truste for MLS Berkowitz Investments, LLC ("Plaintiff" or the "Trustee"). Pursuant to Your Honor's January 30, 2026 Letter Order (the "Letter Order") (ECF No. 561), we write to advise the Court that Plaintiff believes a letter of 25 double-spaced pages is needed for Plaintiff's combined response to the letters identifying purported grounds for dismissal based on lack of personal jurisdiction filed by the following Defendants: (i) Lucas Giacomolli (ECF No. 570); (ii) Adukargo Transportes e Logistica e Servivos de Armazenagens Ltda. (ECF No. 577); (iii) Reag USA LLC (ECF No. 578); (iv) Beach House 8 & Condominium Association (ECF No. 579); (v) Braga Exports Inc. (ECF No. 580); (vi) Diego Possebon and Larissa Carvalho Possebon (ECF No. 581); (vii) Astronauto Enterprise, Inc. (ECF No. 582); (viii) Opus Entretenimento (ECF No. 583); (ix) Fernanda Alves De Souza (ECF No. 584); and (x) Iara Galdino Da Silva and Empire Strong Negocios Ltda. (ECF No. 585).

We thank the Court for its attention to this matter.

Respectfully submitted,

Eric T. Kanefsky
Calcagni & Kanefsky LLP

cc (via ECF):   all counsel of record