

90 PARK AVE
37TH FLOOR
NEW YORK, NY  10016-1314
212.682.7474 TEL
212.687.2329 FAX
**FOLEY.COM**

WRITER'S DIRECT LINE
212.338.3472
skoch@foley.com

May 6, 2026

**<u>VIA ECF</u>**
The Honorable Justin T. Quinn
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> Re:    Requesting Leave to File Reply Letters to Plaintiff's Opposition Letter to Defendants' Jurisdictional Dismissal Letters re January 30, 2026 Letter Order (ECF No. 561) in *Edwin H. Stier, Esq. v. Possebon et al,* Case No. No. 3:24-cv-04647-RK-JTQ

Dear Judge Quinn:

We represent Defendants Diego Possebon ("Mr. Possebon") and Larissa Carvalho Possebon ("Mrs. Possebon," and together with Mr. Possebon, the "Possebons") in the above-referenced action. Pursuant to the Court's January 30, 2026 Letter Order (ECF No. 561), on February 26, 2026, the Possebons filed a pre-motion conference letter establishing their jurisdictional dismissal arguments (ECF No. 581). Several other defendants also filed dismissal letters pursuant to the Court's order. On April 20, 2026, Plaintiff filed a twenty-five-page, double-spaced, omnibus response letter to Defendants' submissions.

The January 30, 2026 Letter Order did not reference the ability of Defendants to reply to Plaintiff's omnibus letter. Defendants who submitted jurisdictional dismissal letters have since met and conferred to determine whether filing a reply letter would further their clients' respective interests. Defendants the Possebons, Fernanda Alves de Souza, Iara Galdino da Silva, and Empire Strong Negocios Ltda. respectfully request leave from the Court to file a brief reply letter for the limited purpose of responding to a handful of arguments raised by Plaintiff for the first time in its April 20, 2026 opposition letter. If the Court approves, such Defendants respectfully request that the Court provide a filing deadline and a maximum page limit.

Defendants Reag USA LLC, Astronauto Enterprise, Inc., Braga Exports, Inc., Opus Assessoria e Promocoes Artisticas Ltda, Beach House & Condominium, Lucas Giacomolli, and Adukargo Transportes e Logistica e Servicos de Armazenagens, Ltda stated that they do not intend to file a reply letter but nonetheless maintain that Plaintiff's April 20, 2026 letter does not articulate a basis for the Court to exercise jurisdiction or grant jurisdictional discovery. They respectfully request a briefing schedule to file motions to dismiss.

Respectfully submitted,

*/s/ Sam M. Koch*

Sam M. Koch



Page 2

CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2026, the above document was filed through the ECF system

and will be sent electronically to the registered participants as identified on the Notice of Electronic

Filing.


Dated: New York, New York
      May 6, 2026                              */s/ Sam M. Koch*
                                            Sam M. Koch